James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>　　　　Defendants. | Case No. 3:06-cv-_____-___<br><br>**COMPLAINT FOR DECLARATORY RELIEF** |

Plaintiff State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel, alleges as follows:

### PARTIES

1.　Plaintiff State Farm is a corporation organized under the laws of the State of Illinois.  Plaintiff is, and was at all times relevant to this complaint, authorized to transact business in the State of Alaska and is qualified in all respects to bring this action.

2.  Defendant Michael Bateman is the personal representative for the Estate of Mildred McGalliard.  Ms. McGalliard was at all times pertinent to the incident a resident and citizen of the state of Alaska.  Accordingly, for purposes of this lawsuit, Michael Bateman, as personal representative of the Estate of Mildred McGalliard, is deemed to be a resident and citizen of the state of Alaska.  28 U.S.C. 1332(c)(2).

3.  Defendant State of Alaska is and was at all times a resident and citizen of the state of Alaska.

## JURISDICTION AND VENUE

4.  This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a) because the amount in controversy exceeds $75,000, exclusive of interest and costs, and the action is between citizens of different states.

## GENERAL ALLEGATIONS

5.  On or about March 28, 2006, the State of Alaska filed a lawsuit against Michael Bateman, as personal representation of the Estate of Mildred McGalliard, in state court (Case No. 3AN-06-6485 CI).  A copy of the State of Alaska's complaint is attached and incorporated as Exhibit A.

6.  According to the allegations in the State's complaint, the Estate of Mildred McGalliard is responsible for pollution liability under applicable Alaska statutes, due to activities occurring on the property located at 3603 Wyoming Drive in Anchorage, Alaska.  Pursuant to applicable Alaska statutes, the

State of Alaska seeks pollution remediation and cleanup costs and expenses, and other related costs and expenses.

7.  State Farm issued certain insurance coverage under renters policies covering certain property located at 3601 Wyoming Drive (the property immediately adjacent to 3603 Wyoming Drive) in Anchorage, Alaska.  State Farm provided no insurance coverage for the property located at 3603 Wyoming Drive in Anchorage, Alaska.

8.  State Farm agreed to provide a defense to Michael Bateman, as personal representative of the Estate of Mildred McGalliard, under a reservation of rights as to the allegations in the State's complaint in Case No. 3AN-06-6485 Civil.  A copy of State Farm's correspondence confirming the defense under a reservation of rights is attached and incorporated as Exhibit B.

9.  State Farm does not provide any insurance coverage under any of its policies for any of the allegations asserted by the State of Alaska against Michael Bateman, as personal representative of the Estate of Mildred McGalliard, in Case No. 3AN-06-6485 CI.

10.  State Farm is entitled to an adjudication and declaration that, because there is no coverage under any of the State Farm policies, State Farm owes no duty to defend or indemnify Michael Bateman, as personal representative of the Estate of Mildred McGalliard, against the allegations made by the State of Alaska in Case No. 3AN-06-6485 CI.

WHEREFORE, State Farm respectfully requests the Court:

1.  Issue a declaration that State Farm owes no duty to defend or indemnify Michael Bateman, as personal representative of

the Estate of Mildred McGalliard, as to the claims asserted by the State of Alaska in Case No. 3AN-06-6485 CI;

2. For an award to State Farm of its reasonable costs and attorney's fees incurred in prosecuting this action; and

3. Such other relief as the Court deems just and proper.

DATED this 22nd day of June, 2006, at Anchorage, Alaska.

                            BLISS, WILKENS & CLAYTON
                            Lawyers for State Farm

                          By: s/James K. Wilkens
                                500 L Street, Suite 200
                                Anchorage, AK  99501
                                Phone:   (907) 276-2999
                                Fax:     (907) 276-2956
                                E-mail: jkw@bwclawyers.com
                                ABA No.: 8408071

N:\JAW\957-271\PLDNGS\COMPLAINT.DJ.DOC