James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) | |
| Plaintiff, ) | Case No. 3:06-cv-_____-___ |
| ) | |
| vs. ) | |
| ) | |
| MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, ) ) ) ) ) | **STATE FARM'S FEDERAL RULE 7.1 DISCLOSURE** |
| Defendants. ) | |

State Farm Fire and Casualty Company is a wholly owned subsidiary of State Farm Mutual Automobile Insurance Company and has no publicly traded stock.  State Farm Mutual Automobile Insurance Company is a mutual insurance company having no stock and, therefore, has no publicly traded stock.

DATED at Anchorage, Alaska, this 22nd day of June, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm

By: s/James K. Wilkens
500 L Street, Suite 200
Anchorage, AK  99501
Phone:   (907) 276-2999
Fax:     (907) 276-2956
E-mail:  jkw@bwclawyers.com
ABA No.: 8408071

N:\JAW\957-271\PLDNGS\RULE 7.1 DISCLOSURE.DOC