James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE


| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,          ) ) )<br>          Plaintiff,          )<br>          )<br>     vs.          )<br>          )<br>MICHAEL BATEMAN, as personal          )<br>representative of the Estate          )<br>of Mildred McGalliard; and          )<br>STATE OF ALASKA,          )<br>          )<br>          Defendants.          )<br>_____) | Case No. 3:06-cv-_____-___<br><br>**STATE FARM'S DEMAND**<br>**FOR JURY TRIAL** |


        Plaintiff  State  Farm  Fire  and  Casualty  Company,  through

undersigned counsel, hereby demands a trial by jury on all issues

triable of right by jury in the above-captioned case.

DATED at Anchorage, Alaska, this 23rd day of June, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm


By:   s/James K. Wilkens
      500 L Street, Suite 200
      Anchorage, AK  99501
      Phone:   (907) 276-2999
      Fax:     (907) 276-2956
      E-mail:  jkw@bwclawyers.com
      ABA No.: 8408071


N:\JAW\957-271\PLDNGS\JURY DEMAND.DOC