**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Michael Bateman,
   as PR for Estate of
   Mildred McGalliard
   3004 Barbara Dr.
   Anchorage, AK 99517

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Michael H. Bates_  ☐ Agent  ☑ Addressee

B. Received by (Printed Name): Michael H. Bates

C. Date of Delivery: 6/28

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7002 2410 0003 3477 4336

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

State Farm v. Bateman/State of Alaska
Case No. 3:06-cv-00152-TMB

