957-271

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:  SOA<br>Attorney General of AK<br>Box 110300<br>Juneau, AK.<br>99811-0300 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>*[stamp: Department of State, Central Mail Services, State of Alaska, JUN 29 2006]*<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☑ Yes |
| 2. Article Number (Transfer from service label) | 7002 2410 0003 3477 4343 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540

State Farm v. Bateman/State of Alaska
Case No. 3:06-cv-00152-TMB

UNITED STATES POSTAL SERVICE 

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bliss, Wilkens & Clayton
an association of LLCs
500 L Street, Ste. 200
Anchorage, AK 99501