**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   SOA
   Chief of Attorney
   General's Office
   1031 W. 4th Ave, #200
   Anchorage, AK 99501

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]   ☒ Agent
                   ☐ Addressee

B. Received by (Printed Name): Tara Carmen
C. Date of Delivery: 6-28-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☒ Yes

2. Article Number (Transfer from service label): 7002 2410 0003 3477 4527

PS Form 3811, August 2001   Domestic Return Receipt   102595-02-M-1540

State Farm v. Bateman/State of Alaska
Case No. 3:06-cv-00152-TMB

*957-271*

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Bliss, Wilkens & Clayton
an association of LLCs
500 L Street, Ste. 200
Anchorage, AK 99501

C035