James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL BATEMAN, as personal ) representative of the Estate ) of Mildred McGalliard; and ) STATE OF ALASKA, ) ) Defendants. ) _____) | Case No. 3:06-cv-00152-TMB  **REQUEST FOR EXTENSION OF TIME TO REQUIRE ANSWER OR APPLY FOR DEFAULT** |

Pursuant to the Court's Minute Order dated August 23, 2006, State Farm was ordered to require Defendants to answer the complaint immediately or State Farm needed to apply for a default within twenty (20) days of the date of the order.  State Farm's counsel hereby advises the Court that he previously agreed to extend the time for the State of Alaska's answer until August 31, 2006.  Recently, State Farm's counsel discussed the Court's Minute Order with the State of Alaska, who requested an additional time for both Defendants to answer the complaint until September 29,

2006 (see attached Exhibit A). As a matter of professional courtesy, State Farm's counsel acquiesced in the State of Alaska's request, subject to approval by this Court. For these reasons, State Farm respectfully requests the Court to extend the time for Defendants' answers until September 29, 2006. If either Defendant fails to file an answer by that date, State Farm further requests the Court to allow State Farm ten (10) days in which to file appropriate default applications.

DATED at Anchorage, Alaska, this 25th day of August, 2006.

> BLISS, WILKENS & CLAYTON
> Lawyers for State Farm
>
> By: s/James K. Wilkens
> 500 L Street, Suite 200
> Anchorage, AK  99501
> Phone:  (907) 276-2999
> Fax:    (907) 276-2956
> E-mail: jkw@bwclawyers.com
> ABA No.: 8408071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, a copy of the foregoing document was mailed to:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\EXTENSION.ANSWER.REQUEST.DOC