**STATE OF ALASKA**

**DEPARTMENT OF LAW**

OFFICE OF THE ATTORNEY GENERAL

FRANK H. MURKOWSKI,
GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:   (907)269-5274
FAX:   (907)278-7022

VIA E-MAIL

August 24, 2006

James K. Wilkens
Bliss, Wilkens & Clayton
500 L St., Suite 200
Anchorage, AK 99501

      Re:   3603 Wyoming Drive, Contaminated Site
              Cleanup - AGO File No. 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
              Your File 957-271

Dear Jim:

    Enclosed is the stipulation for additional time for Michael Bateman and State of Alaska to respond to State Farm's complaint that we discussed on the telephone today.

Thank you for your willingness to provide this extension until September 29 to allow time for me to discuss this matter with Mr. Bateman's attorney, Andrew Fierro.

    If you have any questions concerning this matter, please contact me at 269-5274.

                              Sincerely,

                              DAVID W. MÁRQUEZ
                              ATTORNEY GENERAL

                      By:
                              Breck C. Tostevin
                              Senior Assistant Attorney General

BCT/cam

EXHIBIT A
PG 1 OF 1