James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL BATEMAN, as personal ) representative of the Estate ) of Mildred McGalliard; and ) STATE OF ALASKA, ) ) Defendants. ) _____) | Case No. 3:06-cv-00152-TMB  **[PROPOSED] ORDER GRANTING STATE FARM'S REQUEST FOR EXTENSION OF TIME TO REQUIRE ANSWER OR APPLY FOR DEFAULT** |

This Court, having considered State Farm's Request for Extension of Time to Require Answer or Apply for Default, and all opposition thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. State Farm's request is granted;

2. Defendants Michael Bateman, as personal representative of the Estate of Mildred McGalliard, and the State of Alaska shall have until September 29, 2006, to file their answers to State Farm's complaint;

3. If either Defendant does not file an answer by September 29, 2006, State Farm shall have until October 10, 2006, to apply for default.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of August, 2006, a copy of the foregoing document was mailed to:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

<u>s/James K. Wilkens</u>

N:\JAW\957-271\PLDNGS\EXTENSION.ANSWER.REQUEST.ORDER.DOC