IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>MICHAEL BATEMAN, as personal )<br>representative of the Estate of Mildred )<br>McGalliard; and STATE OF ALASKA  )<br>)<br>)<br>Defendants.  )<br>_____ ) | Case No. 3:06-cv-00152-TMB<br><br>**ORDER GRANTING**<br>**STATE FARM'S REQUEST FOR**<br>**EXTENSION OF TIME TO**<br>**REQUIRE ANSWER OR APPLY**<br>**FOR DEFAULT** |

This Court, having considered State Farm's Request for Extension of Time to Require Answer or Apply for Default, and all opposition thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. State Farm's request is granted;
2. Defendants Michael Bateman, as personal representative of the Estate of Mildred McGalliard, and the State of Alaska shall have until September 29, 2006, to file their answers to State Farm's complaint;
3. If either Defendant does not file an answer by September 29, 2006, State Farm shall have until October 10, 2006, to apply for default.

DATED at Anchorage, Alaska, this 28th day of August, 2006.

/s/ Timothy M. Burgess
_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE