James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>    vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>            Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**STATE FARM'S INDEX TO MOTION FOR SUMMARY JUDGMENT** |

| EXHIBIT | DATE | DESCRIPTION |
|---|---|---|
| Exhibit A | | Plat Map |
| Exhibit B | 06/2006 | BGES 2005 Final Report |
| Exhibit C | 04/14/05 | ADEC Demand Letter |
| Exhibit D | 12/17/91 | Dames & Moore 1991 Report (attachments omitted) |
| Exhibit E | 06/2002 | HartCrowser 2002 Report (attachments omitted) |
| Exhibit F | 07/1983 | FP 8103.2 policy |

N:\JAW\957-271\PLDNGS\SJ.MOTION.EX INDEX.DOC