

3235429280_87

EXHIBIT _A_
PG _1_ OF _1_