# M&M ENTERPRISES
# 3603 WYOMING DRIVE

## IMPLEMENTATION OF ENGINEERING CONTROLS

## FINAL REPORT

### JUNE 2005

Submitted to:   ADEC

Submitted by:   BGES, INC.

P.O. Box 110126
Anchorage, Alaska  99511-0126
Ph: (907) 644-2900
Fax: (907) 644-2901
*WWW.BGESINC.COM*

Eagle River Office
(907) 696-2437

EXHIBIT  B
PG  1  OF  5

05-020-01

BGES, INC.

# 1.0 INTRODUCTION

BGES, Inc. (BGES) was retained by the Alaska Department of Environmental Conservation (ADEC), under ADEC Spill, Prevention, and Response (SPAR) Contract No. 18700011, Notice to Proceed No. 18700011-03, to implement engineering controls, consisting of construction of a soil berm and a chain link fence, securing an existing fence, and posting warning signs about the contamination at the property located at 3603 Wyoming Drive, in the Spenard area of Anchorage.

The purpose of the soil berm is to limit the potential for off-site contaminant migration by preventing surface water runoff from flowing to the alley to the east. The purpose of the new fence and the securing of the existing fences is to limit access to the site. The purpose of the signs is to warn potential trespassers about the contaminants at the site, and to provide contact information, should any citizens have questions about the site. The soil berm was constructed on May 17, 2005 and the fence was constructed on May 27, 2005 in accordance with the May 2, 2005 Work Plan which was approved by the ADEC on May 9, 2005.

The legal address of the subject property is Block 1, Lot 5, of Conroy Rushton Subdivision. The property is located in the Southeast Quarter of the Northwest Quarter, Section 25, Township 13 North, Range 4 West, Seward Meridian, Alaska. The property is an active contaminated site with a File No.: 2100.38.003 (formerly CS100.11), and a Reckey No.:1987210912701. Photographs of project activities are included in Appendix A. Copies of field notes are included in Appendix B. Approval to access the site was provided by Mr. Bateman, the current Executor of the property, by signing a map of proposed soil berm and fence locations on May 1, 2005. This correspondence is also included in Appendix B. A key will be mailed to Mr. Bateman for access to the gate on the west side of the property. A key will also be provided to the ADEC along with the final copy of this document.

# 2.0 BACKGROUND

The site is currently unoccupied, with a vacant house and shed in the backyard. The property has previously been utilized as a scrap metal/battery recycling facility. Mr. Michael Bateman, the current Executor of the property, reported that batteries were stored along the north fence, to a height of approximately 8 feet, and in an area extending from the fence to about 10 feet out from the fence.

The property was originally inspected by Ecology and Environment in 1980 in response to complaints to the ADEC about the dumping of waste battery electrolyte solution on the ground. A

EXHIBIT B PG 2 OF 5

Phase II Assessment was performed by Dames & Moore in 1991. The ADEC issued a letter on June 4, 2001 requesting that a site characterization work plan be submitted to the ADEC by July 23, 2001. The property owner responded that she was unable to perform the requested cleanup activities. In 2002, Hart Crowser, on behalf of the ADEC, conducted a Preliminary Site Characterization and developed a work plan for additional characterization of the subject property.

In May of 2004, BGES carried out this work plan, with several modifications as identified in our Work Plan Addendum dated April 28, 2004. BGES was subsequently retained by the ADEC to sample the soil at the site with the goal of determining its hazardous characteristics. This sampling was conducted on October 12, 2004. Based on the results of this sampling, BGES prepared a limited feasibility study for this site, which recommended several remedial options including capping the site with asphalt, soil stabilization, a combination of soil stabilization and capping, and excavation and disposal as a hazardous waste. In addition, BGES recommended that site access be limited. Therefore, the engineering controls described in this report were selected to be implemented.

## 4.0 MAY 2005 ENGINEERING CONTROLS IMPLEMENTATION

The soil berm was constructed on May 17, 2005. The fence was constructed on May 27 2005. The weather conditions were mostly sunny and warm (approximately 68 degrees Fahrenheit) on May 17, and cloudy and mild (approximately 52 degrees Fahrenheit) on May 27. The existing wood fence on the north side of the property was reinforced and the gate on the west side of the property was secured on June 1, 2005. A copy of the field notes taken during these activities is included in Appendix B. The following paragraphs describe the implementation of these controls.

### 4.1 Modifications to the Work Plan

There were no modifications to the work plan.

### 4.2 Soil Berm Construction

The soil berm was constructed on May 17 2005 by B.C. Excavating (BCX). Two workers from BCX were on site to perform this work, and one representative of BGES was on site to direct the berm's placement and observe its construction. Approximately 10 tons of clean, Type II material, obtained from Central Paving Products, were brought to the site in a dump truck and piled in the alley. A backhoe with a front-end bucket was utilized to place and form the soil into the berm. The berm measured approximately 1.5 feet high by 2 feet wide by 50 feet long, and was placed to span

the entire eastern property border. Photographs 1 through 10 show the berm construction and are included in Appendix A. The placement of the berm is shown on Figure 1.

### 4.3 Fence Construction

The fence was constructed on May 27, 2005 by McKinley Fence Company (McKinley). Two workers from McKinley were on site to construct the fence, and one representative from BGES was on site to direct its placement and observe the fence construction. Six fence posts were driven approximately 3 feet into the ground with a pneumatic hammer. The chain link material was then secured to the posts. The fence was constructed to a height of 6 feet above the ground, just east of the soil berm, as shown on Figure 1. The fence spans the entire eastern property border, to prevent unauthorized entry to the site. Photographs 11 through 20 show the fence construction and are included in Appendix A.

### 4.4 Shoring and Securing of Existing Fences

On June 1, 2005, several loose boards on the wood fence along the northern border of the property were re-nailed into their supports and/or covered by pieces of scrap wood to prevent entry to the site from the property to the north. A low wood fence in the north-western portion of the property was not upright, and was repaired and nailed in place. This fence provides access from the front yard of the property to the backyard. A small chain link fence located further west was secured with a keyed lock. A key for this lock will be provided to Mr. Michael Bateman, Executor of the property, and also to Rich Sundet of the ADEC. Photographs 21 and 22 in Appendix A show the low wood and chain link fences.

### 4.5 Placement of Signs

On May 27, 2005, signs were placed on the outside (alley side) of the fence along the eastern property border (Photograph 20 in Appendix A). On June 1, 2005, a sign was placed on the small chain link fence on the western end of the property (Photograph 22 in Appendix A). The signs were all identical and read:

EXHIBIT _B_
PG _4_ OF _5_

BGES, INC.

> **WARNING! ACCESS TO THIS PROPERTY IS RESTRICTED BECAUSE OF CONTAMINATION.**
>
> CONTACT RICH SUNDET AT THE ALASKA DEPARTMENT OF ENVIRONMENTAL CONSERVATION: 269-7578
> OR
> JIM FRECHIONE AT THE ALASKA DEPARTMENT OF ENVIRONMNETAL CONSERVATION: 269-7649

## 5.0 CONCLUSIONS

During May 2005, a soil berm was erected along the eastern property border at the subject property to prevent off-site runoff of surface water to the alley to the east. A fence was constructed along the eastern property border in May as well, to restrict entry of unauthorized persons to the site. In June of 2005, portions of the existing fences were repaired and secured to restrict entry to the site as well.

## 6.0 EXCLUSIONS AND CONSIDERATIONS

This report presents facts, observations, and inferences based on conditions observed during the period of our project activities, and only those conditions that were evaluated as part of our scope of work. Our conclusions are based on our observations. In addition, changes to site conditions may have occurred since we completed our initial project activities. These changes may be from the actions of man or nature. BGES will not disclose our findings to any parties other than our client as listed above, except as directed by our client, or as required by law.

Prepared by:

*Robert N. Braunstein*

Robert N. Braunstein, C.P.G.
Principal Geologist

Reviewed by:

*Keith O. Guyer*

Keith O. Guyer, R.G.
Principal Geologist

EXHIBIT B
PG 5 OF 5