PHASE II ASSESSMENT REPORT
3603 WYOMING DRIVE
BANK ASSET NO. 4009/151000284
ANCHORAGE, ALASKA

# DAMES & MOORE

DECEMBER 17, 1991

EXHIBIT _D_
PG _1_ OF _13_

# 1.0 INTRODUCTION

This report documents the activities and findings of a site assessment performed by Dames & Moore for the Federal Deposit Insurance Corporation (FDIC) at a site located at 3603 Wyoming Drive, Anchorage, Alaska (Figure 1). This project was performed in accordance with our proposal to FDIC dated May 29, 1991.

Section 1.0 of this report provides background information and a description of the objectives and approach for this project. Section 2.0 describes the results of our investigation concerning the regulatory status of the site, Section 3.0 the field activities performed by Dames & Moore, Section 4.0 the findings from the field program, and Section 5.0 the significance of the findings, our conclusions, and our recommendations.

## 1.1 Background Information

The site is currently the residence for Ms. Mildred McGalliard, who lives with her son and daughter. FDIC provided information indicating that the site has been used in the past for storage of batteries, drums, and non-ferrous scrap metal, and that the U.S. Environmental Protection Agency (EPA) has listed the property as a hazardous waste site.

## 1.2 Project Objectives and Approach

The objectives for this project were to evaluate the potential impacts to the site soil and groundwater from past site practices and to evaluate the need for remedial actions at the site. The approach to this project was to implement the following series of tasks:

- Contact regulatory agencies concerning the regulatory status of the site.

- Inventory the scrap metal and debris stored in the backyard.

- Install one monitoring well in or near the backyard of the property.

- Collect soil and groundwater samples to evaluate the potential presence of petroleum hydrocarbons, solvents, and metals.

- Evaluate the potential extent of soil that may require cleanup.

EXHIBIT D
PG 2 OF 13

1

DAMES & MOORE

## 2.0 SITE REGULATORY STATUS

The regulatory status of the site was reviewed by contacting state and federal regulatory agencies. The agencies that were contacted are listed below, and the findings from the telephone interviews are described in the following paragraphs.

- Anchorage Police Department

- Alaska Department of Environmental Conservation - Contaminated Sites Department

- Alaska Department of Environmental Conservation - Underground Storage Tank Department

- U.S. Environmental Protection Agency.

There are no reported incidences of spills or fires at the site, nor are underground storage tanks registered for the site (Petersen, 10/10/91, Belyea, 10/11/91). The regulatory status of the site is unclear because, although the site is listed on the July 2, 1991 EPA FINDS list (U.S. Environmental Protection Agency, July 1991), neither the Juneau EPA or Anchorage ADEC offices appear to have files for the site (Howard, 10/15/91; Fegert, 10/11/91; Eils, 10/16/91). The FINDS List identifies the owner of the Wyoming Drive site as M&M Enterprises (M&M).

In response to our inquiry concerning the site's regulatory status, the Juneau ADEC office explained that 3603 Wyoming Drive was listed on the state's discovery list in 1980, was evaluated and/or inspected in 1984, 1988, and 1990, and was determined to require no further action in 1990 (Potter, 10/16/91). Upon our request, ADEC sent a report that concerned 3603 Wyoming Drive. Our subsequent review of the report revealed that the report was not for 3603 Wyoming Drive, but for a facility M&M operated at 620 East International Airport Road site (Tryck, Nyman & Hayes, 1987). Consequently, it appears that work which has been performed on the International Airport site has been confused with the Wyoming Drive site, probably because the operator of both sites is listed as M&M Enterprises. The current resident at 3603 Wyoming Drive, Ms. Mildred "Mickey" McGallaird, apparently owned and operated M&M. It also appears that M&M operated salvage and battery recycling facilities on more than one property (Tryck, Nyman & Hayes, 1987).

2

EXHIBIT D
PG 3 OF 13

DAMES & MOORE

## 3.0 FIELD ACTIVITIES

This section describes the field activities that were performed and the procedures by which they were performed. The field program for this project consisted of preparing an inventory of materials stored in the site's backyard, collecting and analyzing surface and subsurface soil samples, drilling and installing one groundwater monitoring well, and collecting and analyzing groundwater samples.

Section 2.1 provides the results of the backyard inventory, Section 2.2 documents drilling activities and procedures, Section 2.3 the monitoring well installation, and Section 2.4 the soil and groundwater sampling and analyses.

### 3.1 Backyard Inventory

On October 25, 1991, Dames & Moore personnel inventoried the materials stored in the site's backyard. At the time of our site visit, the ground was extensively snow-covered and some areas could not be fully evaluated. In areas where the ground could be observed, it appeared that the ground surface was not vegetated.

Photograph 1 illustrates the field conditions on the day the inventory was performed. As can be seen from Photograph 1, the materials stored in the backyard range from drums and pails to scrap lumber. Two onsite sheds appear to be utilized for additional storage, a brown shed (which was locked) and a white shed (Photographs 2 and 3). The materials that were present onsite at the time of our inventory include:

Fourteen 55-gallon drums
- 4 empty drums
- 8 partially full, unlabeled, snow covered
- 2 filled with drill cuttings

Nine 5-gallon pails filled with nuts and bolts. Pail labels included:
- 2 Delo oil
- 1 all-purpose adhesive
- 1 joint compound
- 5 unlabeled

EXHIBIT D
PG 4 OF 13

3

DAMES & MOORE

One 8' x 12' shed (white shed). Shed contents include:
- Auto parts
- Plastic trash bags full of clothes
- Trampoline
- Lawn chairs
- Miscellaneous tools

One brown shed
- Shed was locked, contents not known

Scrap lumber
Gas heater
Air compressor tank
Broken television
One welder
Many airline food storage containers

### 3.2 Drilling Activities

**Drilling.** On October 16, 1991, one 19-foot deep groundwater monitoring well (MW-1) was drilled at the location shown on Figure 2. Numerous overhead utility lines and the width of the backyard gate restricted the location of the monitoring well. Monitoring well MW-1 was drilled inside the backyard gate as far as the drill rig could be maneuvered.

The boring was drilled by Discovery Drilling using a hollow-stem auger drilling rig equipped with 8-inch outside diameter (O.D.) auger flights. Soil samples were collected at five-foot depth intervals using a 2.5-inch inside diameter (I.D.) split spoon sampler that was driven 18 inches with a 340-pound hammer falling approximately 30 inches.

Drill cuttings were stored in two empty drums that were present in the backyard. The drums were labeled, covered with plastic liners, and taped closed.

**Decontamination.** Drilling equipment was decontaminated by steam cleaning before drilling. Sampling equipment was decontaminated by washing in an Alconox and water solution and then triple rinsing in tap water. In addition, the surface soil and groundwater sampling equipment were rinsed in de-ionized water.

**Geological logging.** Soil samples were logged by a Dames & Moore geologist in accordance with the Unified Soil Classification System (USCS). Appendix A contains the soil boring and monitoring well construction log.

**Field screening.** Each soil sample interval was screened using an organic vapor monitor (OVM) using the following procedures: soil was sealed inside a ziplock baggie (labeled with the borehole number and depth) and allowed to volatilize in a warm place for at least one-half hour. The OVM probe was then inserted into the baggie, and the resultant reading was recorded on the soil boring log (Appendix A).

### 3.3 Monitoring Well Installation and Development

After the drilling was completed, a monitoring well was installed in the borehole. The well was constructed with 2-inch I.D., Schedule 40, flush-threaded PVC well casing. Ten feet of 0.02-inch slotted well screen was placed at the bottom of the borehole, and the remainder of the well was constructed with blank well casing. Sandpack (No. 8-12) was placed in the annulus between the well casing and the borehole to a depth approximately two feet above the well screen. A two foot thick bentonite pellet seal was placed above the sandpack, and the remainder of the hole was filled with bentonite pellets. A flush-mounted well monument was placed around the well casing to protect the monitoring well.

On October 23, 1991, the monitoring well was developed by bailing approximately eight well volumes of groundwater from the well. The developed water was turbid with no visible chemical sheen. The development water was placed in a 30-gallon drum, labeled, covered, and stored on site.

### 3.4 Soil and Groundwater Sampling and Analysis

**Surface soil samples.** On October 25, 1991, three surface soil samples were collected at the locations illustrated on Figure 2 and shown in Photographs 4 through 6. Each surface soil sample was collected near one or more 55-gallon drums. Surface soil sample SS-1 was collected at a depth of 3 inches adjacent to several drums; the soil was visibly stained and anomalous odors could be detected. Surface soil sample SS-2 was collected adjacent to a drum that had burst and was lying on its side. It was collected at a depth of 4 inches and contained strong hydrocarbon odors. Surface soil sample SS-3 was collected at a depth between 4 and 6 inches near a drum that had apparently leaked.

The samples were collected by digging to a depth between 3 and 6 inches with a decontaminated trowel. The soil sample was collected with a decontaminated stainless steel spoon and stored in bottles supplied by the analytical laboratory. The sample locations were staked and photographed (Photographs 4 through 6).

The soil samples were delivered to Chemical & Geological Laboratory (Chem-Geo) in Anchorage, Alaska under chain-of-custody procedures. The surface soil samples were analyzed for the following tests:

- Total petroleum hydrocarbons (TPH) by EPA Method 418.1

- Total metals (cadmium, chromium, lead, mercury, silver) by EPA 7000 series.

**Subsurface soil samples.** Two subsurface soil samples from monitoring well MW-1 (the 5-feet and 10-feet sampling depths) were prepared for laboratory analysis by placing the lower six inches of the driven sample into a glass jar provided by the analytical laboratory. Each sample jar was sealed with a Teflon-lined cap and labeled with the date and time of sample collection, the name of sampler, and sample identifier. The sample identifier consisted of the borehole number and the approximate depth from which the sample was driven. The sample jars were placed in ziplock plastic bags and stored in a cooler containing frozen "blue ice" until delivery to the analytical laboratory.

The soil samples were delivered to Northern Testing Laboratory (NTL) in Anchorage, Alaska under chain-of-custody procedures. The subsurface soil samples were analyzed for the following tests:

- Total petroleum hydrocarbons (TPH) by EPA Method 418.1

- Benzene, ethylbenzene, toluene, xylene (BETX) by EPA Method 8020

- Total metals (cadmium, chromium, lead, mercury, silver) by EPA 7000 series.

**Groundwater samples.** On October 25, 1991, groundwater samples were collected from monitoring well MW-1. Prior to sampling, the depth to groundwater was measured, and three well volumes of groundwater were purged from the well with a Teflon bailer. The purge water was placed in a 30-gallon drum, and the drum was labeled, covered, and stored onsite. After purging, groundwater samples were collected with a disposable Teflon bailer and stored in

sample bottles provided by the analytical laboratory. The groundwater samples were labeled with the date and time of sample collection, the name of the sampler, and the sample identifier. The sample jars were placed in ziplock plastic bags and stored in a cooler containing frozen "blue ice" until delivery to the analytical laboratory.

The groundwater samples were delivered to Chem-Geo in Anchorage, Alaska under chain-of-custody procedures. The groundwater samples were analyzed by Chem-Geo for the following tests:

- Volatile organic compounds (VOCs) by EPA Method 601

- BETX by EPA Method 602

- TPH by EPA Method 418.1

- Total metals (cadmium, chromium, lead, mercury, silver) by EPA 7000 series.