# 4.0 FINDINGS

This section describes the findings from the sampling program. Section 3.1 describes the subsurface conditions, Section 3.2 the soil analytical results, and Section 3.3 the groundwater analytical results. Appendix A contains the soil boring and monitoring well construction log, and Appendix B contains the laboratory reports.

## 4.1 Subsurface Conditions

In the area of monitoring well MW-1, the soil lithology consists of two to three feet of yellowish brown, medium sand with anomalous odors, underlain by dark brown, speckled, medium to course sand with a trace of gravel. Near the water table, the sand is prominently iron stained. Groundwater occurs at a depth of approximately 10 feet.

## 4.2 Soil Analytical Results

The results of the soil analyses are provided on Table 1 and summarized below.

**TPH.** Soil samples contained TPH concentrations between non-detectable (MW-1-5') and 24,800 mg/kg (surface soil sample SS-1). All of the surface soil samples contained more than 1,000 mg/kg TPH.

**BETX.** BETX compounds were not detected in the subsurface soil samples.

**Total metals.** The soil samples contained total metal concentrations between 7.7 and 84,000 mg/kg lead, 13 and 78 mg/kg arsenic, 6.9 and 32.1 total chromium, non-detectable and 2.4 mg/kg silver, 0.59 and 3.5 mg/kg cadmium, and 0.13 and 10.29 mg/kg mercury.

## 4.3 Groundwater Analytical Results

The results of the groundwater analyses are provided on Table 2 and summarized below.

**TPH.** TPH was detected in the groundwater sample at a concentration of 0.28 mg/L.

**BETX.** BETX compounds were not detected in the groundwater.

**VOCs.** VOCs were not detected in the groundwater.

8

DAMES & MOORE

EXHIBIT D
PG 9 OF 13

**Total metals.** The groundwater sample contained total metal concentrations of 3.86 mg/L lead, 0.013 mg/L mercury, 0.011 mg/L cadmium, 0.0097 mg/L arsenic, and 0.58 mg/L total chromium. All of the inorganic analyses, except for arsenic, exceed drinking water Maximum Contaminant Levels (MCLs).

## 5.0 DISCUSSION

This section provides a discussion concerning the significance of the soil and groundwater analytical results. Section 5.1 discusses the results of the soil analyses, and Section 5.2 discusses the results of the groundwater analyses. Section 5.3 discusses the potential impacts to human health, and Section 5.4 the potential onsite sources of contamination. Section 5.5 discusses the regulatory considerations that apply to this site, and Section 5.6 provides recommendations for future activities.

### 5.1 Soil Conditions

The analytical soil results from this study indicate that elevated concentrations of heavy metals and petroleum hydrocarbons are present in the backyard surface soils.

Nature and extent of elevated soil metal concentrations. Although numerical cleanup levels for metal concentrations in soil are not established in Alaska, it is common to compare soil analytical data to ten times the drinking water Maximum Contaminant Level (MCL) criteria for a preliminary evaluation of soil analytical data, especially for sites with shallow groundwater. Table 1 provides the ten times MCL values for comparison with the soil geochemical data. A comparison of the soil analytical data with the ten times MCL criteria, reveals that all of the tested metals are present in elevated concentrations. The lead values exceed the ten times MCL value by more than five orders of magnitude, and the other metals generally exceed their respective 10 times MCL values by two to three orders of magnitude.

Except for mercury, the total metal concentrations are greater in the surface soil samples than the subsurface soil samples collected in monitoring well MW-1. Because monitoring well MW-1 is not located in the same areas as the surface soil samples, however, it is not possible to fully evaluate the vertical extent of the elevated metal concentrations. Because the groundwater sample also contained elevated metal concentrations (see Section 4.2), it appears likely that elevated soil metal concentrations extend to groundwater, a depth of approximately ten feet.

Additional work would be required to more fully evaluate the nature and extent of metal concentrations in soil at the site.

Nature and extent of onsite petroleum hydrocarbons. TPH concentrations up to 24,800 mg/kg have been identified in the site's surface soils. The analytical method used in this

study (EPA Method 418.1) does not differentiate between diesel and oil products, and it is not possible to distinguish what petroleum product is present in the samples. The potential cleanup criteria that apply to TPH depends on the type of petroleum product that is present and other factors. Cleanup criteria for the various types of petroleum products range between 50 and 2,000 mg/kg in the state of Alaska. Based on the available analytical data, it appears that cleanup may be required for the three sample areas. The extensive snow cover at the time of our site visits prevented a visual assessment of the potential extent of spillage in the backyard. It was not possible to determine if the elevated petroleum hydrocarbon concentrations are localized near the drums or if they extend throughout the backyard. Because the groundwater sample also contained elevated hydrocarbon concentrations (see Section 4.2), it appears likely that elevated hydrocarbon concentrations extend to groundwater, a depth of approximately ten feet.

Additional work would be required to more fully evaluate the nature and extent of petroleum hydrocarbons in soil at the site.

## 5.2 Groundwater Conditions

The results of the groundwater sampling suggest that metals and TPH are present in concentrations that exceed state and federal drinking water standards. The extent of metals and TPH in groundwater cannot be determined based on the available data.

Based on a water table contour map prepared by the U.S. Geological Survey (U.S.G.S., 1974), groundwater appears to flow westerly in this area. Because monitoring well MW-1 is on located on the east side of the site, it appears that this well may represent upgradient conditions. However, local fluctuations in groundwater flow are likely and it is not possible to determine groundwater flow directions at the site based on the available data. The U.S.G.S. has more than 150 groundwater wells within a 0.5-mile radius of the site in their groundwater data base. There is a potential impact to offsite wells from the site groundwater.

Additional work would be required to more fully evaluate the nature and extent of petroleum hydrocarbons and metals in groundwater at the site.

## 6.0 REFERENCES

Belyea, David, Alaska Department of Environmental Conservation, Division of Spill Prevention & Response, Fax transmittal from Mr. Belyea to Ken Yockey (Dames & Moore), October 11, 1991.

Eils, Kurt, U.S. Environmental Protection Agency, Phone memorandum between Mr. Eils and Paulene Roberts (Dames & Moore), October 16, 1991.

Fegert, Kay, Alaska Department of Environmental Conservation, Phone memorandum between Ms. Fegert and Paulene Roberts (Dames & Moore), October 11, 1991.

Howard, Lewis, Alaska Department of Environmental Conservation, Phone memorandum between Mr. Howard and Paulene Roberts (Dames & Moore), October 15, 1991.

Petersen, Gayle, Anchorage Police Department, Phone memorandum between Ms. Petersen and Paulene Roberts (Dames & Moore), October 10, 1991.

Potter, Beth, U.S. Environmental Protection Agency, Phone memorandum between Ms. Petersen and Paulene Roberts (Dames & Moore), October 16, 1991.

Tryck, Nyman & Hayes, 1987, *M & M Enterprises, AKD-980664981, CERCLA Site Inspection Report*, prepared for the Department of Environmental Conservation, Juneau, Alaska, September, 1987.

U.S. Environmental Protection Agency, FINDS List, July 2, 1991.

U.S. Geological Survey, 1974, *Water-Table Contour Map, Anchorage Area, Alaska*, Open File Report 1974.

U.S. Geological Survey, 1991, *Groundwater Site Inventory for Section 25, Township 13 North, Range 4 West*, prepared for Dames & Moore, December 1991.