*Preliminary Site Characterization and Work Plan*
*Block 1, Lot 5, Conroy Rushton Subdivision*
*Anchorage, Alaska*



**HARTCROWSER**
Delivering smarter solutions

*Prepared for*
*Alaska Department of Environmental Conservation*

June 2002
8764

RECEIVED

JUL 0 5 2002

DEPT. OF ENVIRONMENTAL CONSERVATION

EXHIBIT ___E___
PG ___1___ OF ___18___

# CONTENTS

| | | Page |
|---|---|---|
| 1.0 | INTRODUCTION | 1 |
| 1.1 | *Purpose* | 1 |
| 2.0 | GENERAL SITE CHARACTERISTICS | 2 |
| 2.1 | *Site Observations* | 3 |
| 2.2 | *Adjacent Property and General Vicinity Observations* | 3 |
| 3.0 | RESULTS OF SITE HISTORY AND LAND USE REVIEW | 3 |
| 3.1 | *Results of Regulatory Agency List Review and File Research* | 3 |
| 3.2 | *Agency/Public Utility Review* | 5 |
| 3.3 | *Fire Insurance Maps* | 5 |
| 3.4 | *Aerial Photograph Review* | 6 |
| 3.5 | *Surface/Groundwater Conditions* | 6 |
| 3.6 | *Water Well Search* | 7 |
| 3.7 | *Previous Investigations* | 7 |
| 4.0 | WORK PLAN | 8 |
| 4.1 | *Soil Borings and Soil Sampling* | 9 |
| 4.2 | *Field Screening* | 10 |
| 4.3 | *Monitoring Well Installation* | 10 |
| 4.4 | *Monitoring Well Survey* | 11 |
| 4.5 | *Monitoring Well Development* | 11 |
| 4.6 | *Monitoring Well Sampling* | 11 |
| 4.7 | *Decontamination Procedures* | 12 |
| 4.8 | *Investigation-Derived Wastes* | 12 |
| 4.9 | *Field Documentation Procedures* | 13 |
| 5.0 | REPORTING | 13 |
| 6.0 | LIMITATIONS | 13 |
| 7.0 | REFERENCES | 14 |
| 7.1 | *Published References* | 14 |
| 7.2 | *Map, Aerial Photograph, and Geographic References* | 15 |

RECEIVED JUN 28 2002
Dept. of Environmental Conservation
Underground Storage Tanks — FAP

EXHIBIT E
PG 2 OF 18

Hart Crowser
8764 June 2002

Page i

CONTENTS (Continued)

FIGURES

1   Subject Property Location
2   Site Reconnaissance Sketch Map
3   1965 Aerial Photograph
4   1970 Aerial Photograph
5   1980 Aerial Photograph
6   1990 Aerial Photograph
7   2001 Aerial Photograph

APPENDIX A
EDR REGULATORY AGENCY REVIEW REPORT

APPENDIX B
DAMES & MOORE REPORT

EXHIBIT  E
PG  3  OF  18

# PRELIMINARY SITE CHARACTERIZATION AND WORK PLAN
# BLOCK 1, LOT 5, CONROY RUSHTON SUBDIVISION
# ANCHORAGE, ALASKA

## 1.0 INTRODUCTION

This report presents the findings of our preliminary site characterization, and outlines our work plan for soil and groundwater sampling at the Former M&M Enterprises site (hereafter referred to as the subject property). The subject property is located at Block 1, Lot 5, Conroy Rushton Subdivision, which is located in the Spenard area of Anchorage, Alaska. The Anchorage street address is 3606 Wyoming Drive. The site vicinity map (Figure 1) illustrates the general location of the subject property in Anchorage. The work for this project was performed in accordance with our proposal (02-41-1211) dated May 14, 2002.

Mrs. Mildred McGalliard currently owns the property. The property is listed in the Alaska Department for Environmental Conservation (ADEC) Contaminated Sites Database. The ADEC is interested in characterizing the nature and extent of any hazardous substance contamination in soil and groundwater on or near the property from past business operations. ADEC contracted Hart Crowser to perform a preliminary site characterization and to develop a work plan for soil and groundwater sampling in the vicinity.

### 1.1 Purpose

The purpose of this preliminary site characterization is to report background data and findings, and use the information to develop a work plan for an additional Phase II Site Assessment. The goal of the proposed work is to assess whether soil and groundwater in the vicinity have been impacted by documented former activities at the site (battery recycling, drum storage, and scrap metal salvaging). A work plan for additional site characterization is included at the end of this Preliminary Assessment report.

The Assessment report discusses:

- General site information and characteristics regarding past site ownership and practices.

- Historic land and site use including:

- Regulatory agency list review and file research for past releases at site and surrounding 1/4-mile area;

- Public utility records search;

- Fire insurance maps and local fire department records review;

- Aerial photograph review;

- Surface and groundwater conditions;

- Performing a search for wells and surface water bodies within a 1/4 mile range;

- Reviewing previous investigations performed at the site.

## 2.0 GENERAL SITE CHARACTERISTICS

The subject property consists of one residential lot, which is rectangular in shape and measures approximately 6,000 square feet in extent. This tract is oriented east-west along the long axis. The property contains a two-bedroom, bi-level home (2758 square feet) constructed in 1970, as well as a storage shed (60 square feet) built in 1990.

The subject property is situated in the northwest area of Anchorage, in what is commonly referred to as Spenard. Today, most properties in the surrounding area are used for residential purposes. Commercial properties are also in the area and are generally located along the major throughways like Minnesota Drive and Spenard Road. Commercial properties include a mix of light industrial, retail commercial, automotive service, and restaurant businesses. A vicinity map is included as Figure 1.

Available records indicate that while Ms. McGalliard has always been the owner of the property, a salvage yard and a battery/metal recycling site was once operated in the eastern portion of the property.

The Alaska State Occupational Services office was contacted by telephone regarding business licenses issued to the subject property. The state records could only be searched for under business name and owner. While M&M Enterprises was not listed, two businesses were listed at 3603 Wyoming Drive, Mickey's Custom Sewing (permit expired in 1999), and Mickey's Delivery, a transportation and warehousing operation (permit expired in 1993). However,

the business license issued for the site do not record the salvage and recycling operation performed at the site mentioned in the former section.

### 2.1 Site Observations

At the time of site reconnaissance, ADEC and Hart Crowser had not obtained permission to enter the premises; therefore, all direct observations were conducted from public streets and right-of-ways.

The subject property is level. A small yard is present in the western portion of the lot, while the eastern portion of the lot is mostly gravel with sparse vegetation and associated debris. Fifty-five gallon drums, scrap metal, and unknown materials under a tarp were noted to be present on the fenced eastern portion of the property during the drive-by site reconnaissance.

Structural improvements on the property primarily consist of a 2,758-square-foot bi-level home and a detached 60-square-foot storage shed. A truck and recreational vehicle were noted to be onsite.

The property appears to be currently used solely for residential purposes.

### 2.2 Adjacent Property and General Vicinity Observations

The subject property is bordered on the west by Wyoming Drive, a paved quiet residential street, and by a small alley to the east. Conroy Rushton lots 4 and 6 border the property to the north and south, respectively and are considered as Residential tracts.

### 3.0 RESULTS OF SITE HISTORY AND LAND USE REVIEW

Presented below are our results of the review of publicly available records search that include regulatory agencies, aerial photographs, historical maps, and other relevant sources of historical information.

### 3.1 Results of Regulatory Agency List Review and File Research

ADEC files were reviewed for the subject property. Files indicate that a neighbor complained that during the time of battery recycling operations, sulfuric acid was dumped on the ground or down the drain. A Phase II site assessment was performed on the subject property by Dames & Moore (1991).

Hart Crowser contracted with EDR to review regulatory agency database lists for the subject property in accordance with current ASTM Standards (E 1527-00). EDR acquires data from government agencies on various media such as magnetic tape, disk, and hard copy. The agency-published databases are screened for documented sites of potential concern. According to the EDR report, the subject property is listed in the ADEC contaminated sites database, in the facility index system (FINDS) and in the Comprehensive Environmental Response, Compensation, and Liability Information System, no further remedial action planned list (CERCLIS-NFRAP). A copy of EDR's report for the subject property is contained in Appendix B.

It should be noted that EDR refers to obtaining data from the "Department of Pollution Control & Ecology" in the report's executive summary section. Although Alaska has no such departmental agency, EDR uses this reference generically because there is no consistent nomenclature used among state agencies. In Alaska, EDR obtains database information from the ADEC.

The subject property is listed in the ADEC's contaminated sites database under the file number CS100.11. The database lists that the site is the location of the M&M battery and scrap metal recycling site. A neighbor complaint regarding sulphuric acid draining offsite is also noted.

The subject property is also listed in FINDS and in CERCLIS-NFRAP under the Environmental Protection Agency (EPA) identification number of AKD980664981. It is noted that the property is not on the national priorities list (NPL).

The EDR regulatory agency database search identified six listed contaminated sites located within a 1/4-mile radius of the subject property. Below is a summary of the six sites:

- **Chevron Service Station.** Located at 3608 Minnesota Dr, this service station is listed in the Resource Conservation and Recovery Act Information System (RCRIS), and as a Leaking Underground Storage Tank (LUST) site.

- **Thrifty Rent-a-Car.** Located at 3730 Spenard, this site is listed as a LUST site, and previously stored used oil and gasoline in underground storage tanks (USTs).

- **Williams Express #5030.** Located at 3727 Spenard Road, this facility stored gasoline in USTs and is currently listed in the LUST database.

- **Yamaha Motor Corporation.** This site is located on Minnesota Drive and is classified as a small quantity generator. No violations have been found, but the site is listed in FINDS, the Facility Registry System (FRS) and in RCRA Information System (RCRAINFO).

- **Residence.** Located at 1903 McKinley Avenue, this site is listed in the ADEC Contaminated Sites Database. It is reported that leaky drums were stored on property and that a heating oil tank may have leaked on site. The site is listed as NFRAP.

- **Alpina Gas Station (Formerly Olson Gas Service Store).** Located at 3607 Spenard Road, this site is listed as a LUST site and stored gasoline, diesel, and used oil in USTs.

The assessed relative concerns of these sites to the subject site are not likely to be encountered in the soils or groundwater quality sampled within the subject property.

## 3.2 Agency/Public Utility Review

The Anchorage Water and Wastewater Utility (AWWU) was contacted by telephone regarding service to the subject property. The AWWU representative stated that their records indicated that the subject property was connected to public water in 1957 and sewer service in 1961.

The Municipality of Anchorage Tax Assessor's office was visited on May 29, 2002. The records indicate that the office building was built in 1970 and that it was originally heated with electricity. The records also show that the property currently has public water and sewer service. There are no earlier records indicating that it ever had a drinking water well or onsite septic system.

The Alaska State Occupational Services office was contacted by telephone regarding business licenses issued to the subject property. The state records could only be searched for under business name and owner. While M&M Enterprises was not listed, two businesses were listed at 3603 Wyoming, Mickey's Custom Sewing (permit expired in 1999), and Mickey's Delivery, a transportation and warehousing operation (permit expired in 1993).

## 3.3 Fire Insurance Maps

Archival fire maps from either Sanborn or other fire insurance map companies do not cover the subject property.

The Anchorage Fire Department did not have any record of responses to the subject or immediately adjacent properties, which may have involved the release of a potentially hazardous substance.

### 3.4 Aerial Photograph Review

Aerial photographs showing the subject property were inspected at AeroMap U.S. in Anchorage. Selected aerial photographs for the years 1965, 1980, 1990, and 2001 were obtained. Our observations are summarized as follows:

**1965.** The subject property is fenced, and a small building (presumably residential) sits on the eastern portion of the lot. Not all surrounding properties are developed; empty lots exist to the south and northwest.

**1970.** Another building (the house which stands today) is seen on the western portion of the lot. Several trucks are seen parked next to the original building in the eastern portion of the lot.

**1980.** Part of the original building has been torn down. M&M Enterprises appears to be in full operation, as debris is evident throughout the entire eastern portion of the lot. Most debris tends to be in the northeastern corner of the lot. A trailer and what appears to be more debris and large drums are also seen to the northeast of the subject property.

**1990.** The original building is no longer present on the subject property. What appear to be tires are piled in the south-central portion of the lot. Most debris has been removed from the yard, and a gravelly, unvegetated lot is noted. To the south, a home has been built on the adjacent property and a car sales business has been established further south.

**2001.** Configuration of the property is as it generally appears today. More vegetation is seen in the eastern portion of the lot. A recreational vehicle, half-covered with a tarp, is seen parked on the eastern portion of the lot.

### 3.5 Surface/Groundwater Conditions

Topographic maps and site reconnaissance indicate that a tributary to Fish Creek exists approximately 1-mile west of the subject property. This tributary flows north to enter Fish Creek near Northern Lights Boulevard. This stream empties into Cook Inlet.

The surface topography between the subject site and the tributary is relatively flat and groundwater typically follows surface water patterns; therefore, the

inferred groundwater flow direction is assumed to be in the west-northwest direction.

Groundwater was measured in a previously installed groundwater well on the subject property (discussed in Section 3.7). Depth to groundwater at the site was observed to be approximately 14 feet below ground surface (bgs).

## 3.6 Water Well Search

A water well search and public utility hookup records were reviewed with local and federal agencies for a 1/4-mile radius of the subject property. Agencies contacted included the United States Geologic Service (USGS), Anchorage Waste Water Utility (AWWU), and the Municipality of Anchorage.

Within a 1/4-mile radius from the subject property, the USGS has listed 21 wells, the Municipality of Anchorage has listed 4 private wells, and AWWU has listed 14 properties as not being hooked up to public water. Records indicate that no public well exist within a 1/4-mile of the site. The approximate locations of these sites have been platted on Figure 2.

One of the USGS recorded wells was plotted within the immediate vicinity south of the subject property. It has not been determined whether this well is still in use, however, AWWU indicates that the site has been hooked up to public utilities.

## 3.7 Previous Investigations

In 1991 Dames & Moore performed a Phase II site assessment of the subject property in response to an adjacent property owner's complaints. The assessment included an inventory of outside debris, collection of surface soil samples from four locations, collection of subsurface soil samples down to the groundwater table (at one of the surface sample locations), installation of a monitoring well, and collection of a groundwater sample from the well.

Results of the assessment indicated that concentrations of cadmium, chromium, lead and mercury in all soil and the groundwater sample exceeded the appropriate ADEC cleanup levels for each contaminant and matrix. Arsenic and silver concentrations in soil exceeded cleanup standards in three of the surface sample locations. Total petroleum hydrocarbons (TPH) concentrations in soils exceeded cleanup standards at the four sample locations. A site plan with sample locations and the summarized analytical result tables from the Dames & Moores report is included as Appendix C

A well construction log included with the Dames & Moore assessment of the subject property indicates medium to course sands down to approximately 14 feet below grade, with mixed sand and gravel below 14 feet to the bottom of the boring at 20 feet bgs. Groundwater was measured at approximately 14 feet bgs.

## 4.0 WORK PLAN

This section outlines the work to be conducted for this characterization, the sample collection methods and analytical methods to be used for completion of the work.

Information shall be obtained by performing the following tasks:

- Collection and analyses of subsurface soil samples from three soil borings to assess the lateral and vertical extent of soil contamination.

- Installation of a monitoring well in each of the three borings.

- Survey groundwater elevations to determine localized groundwater flow direction.

- Collection and analyses of a groundwater samples from the both newly installed monitoring wells and the existing well to assess groundwater quality.

- Determine if USGS recorded well south of the subject property is still in use, and sample the well if accessible.

All fieldwork to be conducted, and all field and laboratory quality assurance criteria for this project will be performed in accordance with sample collection procedures provided in Title 18 of the Alaska Administrative Code, (AAC) Chapter 75, *Oil and Other Hazardous Substances Pollution Control*.

In order to accomplish the field work we have assumed that the ADEC will have obtained permission for Hart Crowser to enter the site, and that obstructions and vehicles will be moved as needed by the owner for drilling operations. Locations of borings on the property is discussed in Section 4.1, however, overhead tree branches and brush was observed at the site, which will make access to the desired drilling locations difficult. Some of this vegetation will need to be removed to facilitate drilling.