## 4.1 Soil Borings and Soil Sampling

Soil borings will be advanced using hollow stem auger (HAS) techniques to define the lateral and vertical extent of the potential soil contamination. The borings will be installed in the yard behind the house. Locations of the borings will be placed as close as possible to the Dames & Moore surface sample locations SS-1, SS-2, and SS-3 (Appendix B, Figure 1). Because this area is contained, the drill rig will be skid mounted and moved into the boring locations with a forklift. Buildings, utilities, or other obstructions may inhibit placing borings in the exact proposed locations.

Soil samples will be collected using a 3-3/8-inch-inside-diameter (i.d.) hollow-stem auger to advance the borings. A 340-pound hydraulic hammer, free-falling 30 inches, will be used to drive the split-spoon sampler ahead of the auger into the undisturbed soil. The number of blows needed to push the sampler for each 6-inch drive interval will be recorded. Blow counts will be used to assess the relative density or consistency of the soils. Samples will be collected employing either an 18-or 24-inch-long split-spoon sampler. From each boring, samples will be collected at 2.5, 5, 10, 15, and 20 feet bgs, and the borings will be advanced to 5 feet below the groundwater contact.

Soil samples recovered from the split-spoon sampler will be field classified and placed in sample containers for laboratory analyses. Samples will be collected in accordance with the analyses method procedures. Resource Conservation and Recovery Act (RCRA) metal sample collection will follow and, if sufficient sample volume remains, a sample for field screening with a photoionization detector (PID) will be collected. All laboratory samples will be labeled and placed in a cooler with "blue-ice" for shipment to the laboratory under standard chain-of-custody procedures.

Soil samples collected during the drilling of borings will be submitted to CT&E Environmental Services (CT&E), an ADEC-certified laboratory. All soil samples collected submitted to the laboratory will be analyzed for metals (lead, arsenic, cadmium, chromium, mercury, and silver) using EPA Method 6020. Two samples per boring will be submitted for analysis of diesel-range organics (DRO)/residual-range organics (RRO) using method AK 102/103. If field screening with a PID suggests the presence of volatile organic compounds (VOC), samples will also be submitted for analysis of VOC using EPA method 8260B.

One soil sample duplicate will be collected per every 10 samples collected and submitted to the laboratory. Duplicate samples will be submitted to the

laboratory for analysis of DRO, RRO and metals. A methanol trip blank will accompany each cooler containing soil VOC samples.

During drilling, no lubricants or greases will be used on drilling tools or downhole equipment. Drill rig fueling and maintenance activities will be conducted in an area away from the soil boring locations.

Up to three additional samples for metals and DRO/RRO will be collected if additional areas of surface staining are observed.

## 4.2 Field Screening

Field screening will consist of placing soil samples in 1-quart self-sealing plastic bags and measuring for concentrations of volatile organics using a PID equipped with a 10.0 electron volt (eV) lamp. Samples will be warmed to approximately 65 degrees Fahrenheit (° F), for a minimum of 15 minutes prior to screening. The headspace vapors within the sample bag will then be measured.

As field screening for metals is difficult, we will submit all soil boring samples for analysis of metals (lead, arsenic, cadmium, chromium, mercury, and silver). If field screening with a PID suggests the presence of volatile compounds, samples will also be submitted for analysis of VOC.

All soil cuttings will be placed in drums regardless of screening values. The soil sample collected from the boring will be used to characterize the contents of each drum. Drums will be labeled and stored on site until an approved disposal facility is determined.

## 4.3 Monitoring Well Installation

The three borings will be completed as flush-mounted monitoring wells. Based on the Dames & Moore report, we anticipate groundwater to be at 15 feet bgs; therefore, borings will be extended to 20 feet bgs, and monitoring wells installed.

The monitoring wells will be constructed using 2-inch-diameter PVC pipe. A 10-foot-long section of PVC well screen with 0.020-inch-wide slots will be placed at the bottom of the borehole. The screened section above the water table will be approximately 5 feet.

Screened sections will be connected to the surface by a riser of flush-threaded, blank PVC pipe. A sand pack filter of No. 10-20 silica sand will be placed in the annulus adjacent to the screen and at least 1 foot above the top of the screen.

Above the sand pack the borehole will be backfilled with a minimum 2 foot layer of bentonite chips hydrated in place. The well will be finished below grade and will have a steel flush-mounted monument installed around the well casing. The monument will be set in concrete for security.

### 4.4 Monitoring Well Survey

After the new monitoring wells have been installed, the casing locations will be documented by hand taping from known site locations such as building corners and other monitoring wells to an accuracy of $\pm$ 0.5 feet. The existing well will be tied into the survey, providing that it can be located, and is in usable condition.

### 4.5 Monitoring Well Development

After monitoring well installation, the wells will be developed. The water level will be measured in each well before development. The wells will be bailed and surged using a development pump until 10 wetted casing volumes have been removed and the water is relatively sediment free. The development water will be pumped into a 55-gallon drum and stored on site.

### 4.6 Monitoring Well Sampling

After a period of at least 24 hours following development, the three new wells and the existing well (if located) will have the water level measured, recorded and the well will be purged again. The groundwater elevation in the monitoring well will be measured with respect to a point on the well casing. Purged water will be discharged in to a purge water container. The samples for laboratory analyses will be collected using a pump. Very low flows will be used so that laminar flow into sample containers is achieved, thus minimizing sample aeration. If the well dewaters or is a low yield well, the well will be allowed to recharge and the pump then run at a very low flow rate for measurement of parameters and sample collection. Samples will be collected and analyzed by CT&E for:

- VOC using EPA Method 8021B;
- DRO/RRO using method AK 102/103; and
- RCRA Metals using EPA Method 6020.

Immediately after collection, the samples will be labeled and placed in a cooler with "blue-ice" for delivery to the laboratory under standard chain-of-custody procedures. A trip blank will accompany each cooler containing VOC samples.

All purge water from development and sampling will be pumped into a 55-gallon drum and stored on site.

Groundwater will be sampled for VOC, DRO/RRO and metals. Sampling will be performed using a peristaltic pump and a flow-through cell to minimize purge volumes and allow for measurement of pH, dissolved oxygen, temperature, conductivity, and oxidation-reduction potential (ORP). Samples for metals will be field filtered.

In addition to sampling the monitoring wells, the USGS well in the block west of the subject property will be located. If the well is still in service, a water sample will be collected and sampled for VOC, DRO/RRO and metals.

### 4.7 Decontamination Procedures

Drilling equipment will be cleaned with a pressure wash steam-cleaner prior to mobilization to the site. The driller will supply sufficient auger so that decontamination of auger onsite will not be necessary.

All sampling equipment including sampling spoons, the split-spoon samplers, the interface probe, and the well sounder will be cleaned prior to and between sampling/measurement attempts using an anionic detergent wash (Alconox) followed by two potable water rinses.

### 4.8 Investigation-Derived Wastes

Investigation-derived wastes (IDW) are wastes generated during field investigations. The IDW expected from the well installations and development consist of the following waste streams:

- Auger cuttings;

- Water used in the decontamination process; and

- Water from well development and purging.

#### Auger Cuttings

All soil cuttings from the boring will be drummed for later disposal.

Any drums that may be shipped out will be labeled with the project number, the date, the boring number, the designation "soil cuttings," and a contact name and

telephone number. We anticipate that only one drum of cuttings will be generated per boring.

### Decontamination/Development/Purge Water

The decontamination, development, and purge water will be pumped into a 55-gallon drum and stored on site. Any drums that may be shipped out will be labeled with the project number, the date, the boring number, the designation of decontamination, development, purge water, or combination of the three, along with a contact name and telephone number. We anticipate that only one drum of development/purge water will be developed.

As contaminant levels are uncertain at this point, we will consider disposal alternatives after receipt of analytical data. We will inform the ADEC project manager of the disposal options and costs as soon as possible as some IDW may fall under RCRA and may have a rapid disposal timeframe.

### 4.9  Field Documentation Procedures

The Hart Crowser field representative will maintain a record of field activities in a logbook and on standard field report forms (boring logs, installation forms, well development forms, and chain-of-custody forms). All field logbook entries will be dated and signed. Activities and observations to be noted in the logbook include weather, drilling observations, development amounts and water quality measurements, PID readings, etc. Representative photographs will be taken to maintain a visual record of sampling locations and field activities.

## 5.0  REPORTING

A report will be prepared summarizing the work, observations, and field screening and analytical results. Tables will include summaries of soil and groundwater data collected for the site and comparison to ADEC cleanup levels. Site plans will show monitoring well surface sampling locations (if performed). Boring logs will also be provided. Conclusions and recommendations for additional site characterization and/or remediation will be provided.

## 6.0  LIMITATIONS

Work for this project was performed, and this report prepared, in accordance with generally accepted professional practices for the nature and conditions of the work completed in the same or similar localities, at the time the work was

performed. It is intended for the exclusive use of the ADEC for specific application to the referenced property. This report is not meant to represent a legal opinion. No other warranty, express or implied, is made.

We contracted with EDR to review regulatory agency database lists for the subject property and nearby areas for sites that suggest a potential for environmental concern to the subject property. EDR acquires data from government agencies on various media such as magnetic tape, disk, and hard copy. The agency-published databases are screened for documented sites of potential concern in general accordance with current ASTM Standards (E 1527-00). In reviewing their work, be advised that the regulatory agency database search is based on agency records, and is thus only as accurate as these records. As such, our review is strictly limited to the information provided to us by agency databases.

Our preliminary assessment work included neither sampling nor testing of drinking water for lead content, sampling for air quality, assessment of storm or sanitary and sewer systems, sampling for radon vapor, nor identification of all ACM, unless otherwise noted herein.

Any questions regarding our work and this letter report, the presentation of the information, and the interpretation of the data are welcome and should be referred to the project manager.

## 7.0   REFERENCES

In addition to local, state, and federal sources referred to in the text, the following sources of information were consulted.

### 7.1   Published References

Dames & Moore, 1991. Phase II Site Assessment Report 3603 Wyoming Drive

Selkregg, L., 1972. *Environmental Atlas of the Greater Anchorage Area Borough, Alaska.* Arctic Environmental Information and Data Center, University of Alaska, Anchorage.

Municipality of Anchorage, 1980. Land Use Planning Maps. Community Planning and Development Office, Anchorage.

### 7.2  Map, Aerial Photograph, and Geographic References

Property information was obtained from:

- Municipality of Anchorage, Community Planning, Tax Assessors Office;

- Aeromap U.S. Anchorage, Alaska.

EXHIBIT  E
PG  18  OF  18