James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>           Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**AFFIDAVIT OF MEGAN REED** |

STATE OF WASHINGTON )
                    ) ss.
PIERCE COUNTY       )

I, Megan Reed, being first duly sworn, depose and say:

1. I am employed by State Farm as an Underwriting Section Manager. In this role, I have access to State Farm's computer records and other written files. State Farm was requested to investigate and confirm what its computer records and written files

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

show as to the insurance coverage, if any, provided by State Farm to Mildred McGalliard, going back to 1970.

2. As a general matter, State Farm maintains certain historical policy coverage information. This information is kept on State Farm's computer system and in paper files. However, all information is subject to State Farm's record retention policy. Accordingly, State Farm generally does not keep fire policyholder records going back farther than ten years. The State Farm computer records and paper files were searched, but revealed no evidence of any liability coverage provided by State Farm at 3601 Wyoming Drive, Anchorage, Alaska.

3. Outside of its normal computer recordkeeping, State Farm has in the past occasionally pulled a file to test its new computer programs. State Farm Corporate Department advised that certain information regarding Policy No. 92-95-9466-6 happened to be pulled as part of such program testing. This information reflects State Farm issued certain rental dwelling and earthquake coverage from January 29, 1990, through 1994. According to other State Farm records, effective December 1988, State Farm was authorized to write rental dwelling coverage in Alaska on Form FP 8103.3 (attached as Exhibit 1).

4. Certain other documents have been located relating to the property at 3601 Wyoming, including:

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

- An Apartment Application dated February 8, 1977 (Policy No. 92-95-9466-6) in the name of Andrew and Anna Lucas (attached as Exhibit 2);

- A Policy Change/Endorsement Request dated December 29, 1983, regarding Policy No. 92-95-9466-6, from Michael Bateman to Joseph and Mildred McGalliard, and assigning the policy to Joseph and Mildred McGalliard (attached as Exhibit 3);

- A premium notice for Policy No. 92-95-9466-6, issued to Joseph McGalliard (attached as Exhibit 4);

- A September 2, 1994 letter from Rita Ritter to Mildred McGalliard, canceling Policy No. 92-95-9466-6, effective November 4, 1994 (attached as Exhibit 5).

These documents suggest coverage may have been in effect under Policy No. 92-95-9466-6 prior to January 29, 1990. However, other than as described above, State Farm's computer and other records do not confirm the existence of such coverage, nor do they confirm specific policy information, including the name of the insureds, the type of coverage provided or forms used, the insured location or the amount of insurance.

5. Based on the above, I can confirm State Farm provided certain rental dwelling coverage for the property at 3601 Wyoming (Lot 6, Block 1, Conroy-Rushton Subdivision) for the following periods:

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-3909
(907) 276-2999
FAX: (907) 276-2956

| Period | Type of Coverage |
|---|---|
| 2/8/90 - 2/8/91 | Rental Dwelling |
| 2/8/91 - 2/8/92 | Rental Dwelling |
| 2/8/92 - 2/8/93 | Rental Dwelling |
| 2/8/93 - 2/8/94 | Rental Dwelling |
| 2/8/94 - 11/4/94 | Rental Dwelling |

Although there exist documents which suggest State Farm may have provided some coverage for the property at 3601 Wyoming, Anchorage, Alaska, prior to 1990, I cannot confirm any such coverage, other than set forth above.

6. Based upon research done in response to the State of Alaska subpoena, State Farm has not provided any liability insurance coverage at any time for the property located at 3603 Wyoming (Lot 5, Block 1, Conroy-Rushton Subdivision), Anchorage, Alaska.

_Megan Reed_
Megan Reed

SUBSCRIBED and SWORN to before me this 19TH day of September, 2006.

_Julie A. Manker_
Notary Public in and for Washington
My commission expires: 06 Feb 2009

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

AFFIDAVIT OF MEGAN REED
Page 4 of 5

State Farm v. Bateman/SOA
3:06-cv-00152-TMB

CERTIFICATE OF SERVICE

I hereby certify that on this 19th day
of September, 2006, a copy of the foregoing
document was served by mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

s/James K. Wilkens


N:\JAW\957-271\PLDNGS\REED AFFIDAVIT.DOC

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

AFFIDAVIT OF MEGAN REED
Page 5 of 5

State Farm v. Bateman/SOA
3:06-cv-00152-TMB