# APARTMENT APPLICATION

**STATE FARM FIRE AND CASUALTY COMPANY**
**STATE FARM GENERAL INSURANCE COMPANY**
BLOOMINGTON, ILLINOIS

Effective Date: 2-8-77  Term: 1 yr  Expiration Date: 2-8-78

NAME: LUCAS, Andrew & Anne
D/B/A: Box 437A, Somerset, NJ 08873
MAILING ADDRESS: P.O. Box
LOCATION OF PROPERTY: 3601 Wyoming Drive, Anchorage, AK
OWNER: Conroy Russian Syd

| COVERAGE | LIMIT OF LIABILITY | COINSURANCE PERCENTAGE | PREMIUM |
|---|---|---|---|
| A. BUILDING | $45,000 | 90 | FIRST ANNUAL PREMIUM $ 215.00 |
| B. BUSINESS PERSONAL PROPERTY | $1,000 | 90 | TOTAL POLICY PREMIUM $ |
| LOSS OF RENTS / TOTAL MONTHLY RENT | $500 | | |
| C. LIABILITY | $300,000 / $300,000 | | |
| D. MEDICAL PAYMENTS | $1,000 / $50,000 | | |

APPROVED BY: [signature] DATE: 2-7-90

APPLICANT'S OCCUPATION: Machinist

NAME AND ADDRESS OF MORTGAGEE: 1st Nat'l Bank of Anch, P.O. Box 720, Anch, AK 99510   LOAN NUMBER: 648

AGENT'S CODE STAMP: D.J. STRIKE - 6006 / E.O. REED - 60

DATE AND TIME OF APPLICATION: 2/8/77  6:30 PM

3235423893_47

EXHIBIT 2
PG 1 OF 3

APARTMENT APPLICATION — STATE FARM FIRE AND CASUALTY COMPANY / STATE FARM GENERAL INSURANCE COMPANY, Bloomington, Illinois

Effective Date: 2-8-77  Term: 1 yr  Expiration Date: 2-8-78

NAME: LUCAS, ANDREW & ANN
D/B/A: Box 437A, Somerset, NJ 08873
MAILING ADDRESS: CFO RS

LOCATION OF PROPERTY: 3601 Wyoming Drive, Anchorage, AK

COVERAGE / LIMIT OF LIABILITY / COINSURANCE PERCENTAGE / PREMIUM

- A. BUILDING: $45,000 — 90% — First Annual Premium $245.00
- B. BUSINESS PERSONAL PROPERTY: $1,000 — 10/90
- LOSS OF RENTS: $500
- C. LIABILITY: $300,000 each occurrence / $300,000 aggregate
- D. MEDICAL PAYMENTS: $1,000 / $50,000

SF FEB 11 1977

EQ EXCL B, A + B
ENDL EXCL

Approved by: [signature] Date: 2-8-77 [stamped] 2-90

Distance to hydrant: 200 FEET   To Fire Dept: 1 MILES

APPLICANT'S OCCUPATION: Machinist

NAME AND ADDRESS OF MORTGAGEE: 1st Nat'l Bank of Anch., P.O. Box 720, Anch, AK 99510  Loan Number: 645

AGENT'S CODE STAMP:
D.J. STRIKE - 6006
E.O. REED - 60

Date of Application: 2 / 8 / 77   Hour: 6:30 PM

---

3235423893_47

EXHIBIT 2
PG 2 OF 3

[Illegible scanned insurance form containing sections: COMPLETE FOR ALL RISKS, UNDERWRITING, EXPOSURES WITHIN 60 FEET, ADDITIONAL BUILDING(S) SCHEDULE, LOCATION OF PROPERTY, LIMIT OF LIABILITY, GLASS, COMMERCIAL COST GUIDE, ADJUSTMENTS, CALCULATION, COMPLETE FOR ACTUAL CASH VALUE ONLY, BUILDING CONDITION, REMARKS.]



EXHIBIT 2
PG 3 OF 3