**POLICY CHANGE/ENDORSEMENT REQUEST**

STATE FARM FIRE AND CASUALTY COMPANY, BLOOMINGTON, ILLINOIS
STATE FARM GENERAL INSURANCE COMPANY, BLOOMINGTON, ILLINOIS

Policy No.: 9985-9466-6
Effective Date: 12/30/93

Insured's Name: Bookman, Michael A

Assignment — Name: McCollough, Joseph L & Mildred C
3603 Wyoming Dr
Anchorage, AK 99503

[Stamp:] JAN 14 1994

Agent's Code Stamp: Strike 6004 Reed 60

Date: 12/29/93  Time: 10:05

Insured signature: X Michael A Bookman
Assignee signature: Mildred R McCollough

3235423893_45

EXHIBIT 3
PG 2 OF 2