STATE FARM FIRE AND CASUALTY COMPANY
ANCHORAGE AK  99510
4600 25TH AV N E
SALEM OR  97315

0323

215 10050820003520D  6926009594666015 >

PLEASE KEEP THIS PORTION

AGENT PHONE #
907-562-2721

LOCATION  3601 WYOMING DR
ANCHORAGE AK

STATE FARM FIRE AND CASUALTY COMPANY
EXTENSION CERTIFICATE PREPARED DEC 31 84*    AGENT STRIKE, DAVE

RENTAL DWELLING SPECIAL FORM 92-95-9466-6

MC GALLIARD, JOSEPH L &

| | | | |
|---|---|---|---|
| COV A-DWELLING | 82,000 | FORM: OPTIONS AND ENDORSEMENTS: | DEDUCTIBLES APPLIED: |
| COV B-PERSNL PROPTY | 4 ACTUAL | FP-8103.2  SPECIAL FORM | $100 ALL PERILS |
| COV C-LOSS OF RENTS | ACTUAL | FE-8300  EARTHQUAKE END | 10% EARTHQUAKE |
|  | LOSS SUSTAINED | 4358  LOSS PAYABLE | |
| COV L-BUSINESS LIAB | 300,000 | *FE-8306  SUB WATER EXCL. | |
| COV M-MED/PERSN | 1,000 | | |

** EFFECTIVE WITH NEW TERM        LN # 011203049648

INFLATION COVERAGE - THE INFLATION COVERAGE
INDEX IS 163.0.

ANNUAL PREMIUM        $352.00

PAYMENT EXTENDS POLICY PERIOD TO FEB 08 86;

*SEE REVERSE SIDE

Thanks for letting us serve you.

IF YOU HAVE MOVED SEE REVERSE SIDE

EXHIBIT_____1____

PG____1___OF___1__