State Farm Insurance Companies 

MEMO SENT DIRECTLY TO AGT/MGR VIA TCS
September 02, 1994

MC GALLIARD, MILDRED C
1603 WYOMING DR
ANCHORAGE AK            99517-2531        SEP 2 1994

F/O

RE:    Policy Number:    F 92-95-9466-6  /M
       Policy Type:      Rental Dwelling
       Location:         Lt 6 Blk 1 Conroy Rushton Subd
                         Anchorage Ak
       CANCELLATION DATE: November 04, 1994      12:01 A.M.
       Return Premium:   $123.61 (Check No 515 274395 enclosed)

Dear Ms. Mc Galliard:

Thank you for allowing us to provide your Rental Dwelling Insurance under this policy. We are sorry that we cannot continue this insurance. Therefore, your policy is being cancelled, in accordance with the terms and conditions of your policy and the laws of your state, as of November 04, 1994.

We cannot continue this policy because the physical condition of this property is not satisfactory. Examples include, much debris in the yard, including inoperable snowmobiles, trailers, an old refrigerator and mattresses. There is also a taxidermy business being run out of the dwelling.

We are notifying the mortgagee(s) and/or additional interest(s) listed below of our action. Because their letter is only a notice of cancellation, it will not disclose the above reason for our decision.

Fhlmc
First Natl Bank of Anchorage

HOME OFFICES BLOOMINGTON ILLINOIS 61710-0001

3235423893_39

EXHIBIT ___5___
PG ___1___ OF ___2___

```
MC GALLIARD, MILDRED  C
92-95-9466-6
September 02, 1994
Page  2
```

For your protection, you are urged to obtain other insurance to prevent any lapse in coverage.

Sincerely yours,

Rita Ritter
Commercial Underwriting Department
State Farm Fire and Casualty Company

bk
cc:  Dave Strike 6006-92
     Harvey Welch 9770-92

3235423893_41

EXHIBIT 5
PG 2 OF 2