```
James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
```
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, <br><br>        Plaintiff, <br><br>    vs. <br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, <br><br>        Defendants. | Case No. 3:06-cv-00152-TMB <br><br> **ERRATUM TO STATE FARM'S MOTION FOR SUMMARY JUDGMENT** |

On September 19, 2006, State Farm Fire and Casualty Company filed its Motion for Summary Judgment [Docket 11]. Exhibit F to the motion was inadvertently omitted. Exhibit F is attached.

DATED at Anchorage, Alaska, this 19th day of September, 2006.

```
                                BLISS, WILKENS & CLAYTON
                                Lawyers for State Farm

                            By: s/James K. Wilkens
                                500 L Street, Suite 200
                                Anchorage, AK  99501
                                Phone:   (907) 276-2999
                                Fax:     (907) 276-2956
                                E-mail:  jkw@bwclawyers.com
                                ABA No.: 8408071
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of September, 2006, a copy of the foregoing document was served by mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\SJ.MOTION.ERRATUM.DOC