Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>            Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>            Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO COMPLAINT AND TO HOLD MOTION FOR SUMMARY JUDGMENT IN OBEYANCE** |

      The State of Alaska, through the Office of the Attorney General, requests 1) an extension of time until October 20, 2006 to file a response to the Complaint filed by State Farm Fire and Casualty Company against Michael Bateman and the State of Alaska ,and 2) an order holding in abeyance the briefing on State Farm's pending summary judgment motion until after the resolution of the threshold issue of whether this matter is properly before the Federal Court.

1) **<u>Request for An Extension of Time to File A Motion to Dismiss State Farm's Complaint Against Bateman and the State of Alaska</u>**

The State requests these extensions of time because, on September 27, 2006, Michael Bateman, special administrator of the Estate of Mildred McGalliard assigned the Estate's coverage rights under the State Farm policies at issue in this case to the State of Alaska. After the assignment of these insurance rights, the State moved to amend its complaint in the pending State court action of *State of Alaska, Department of Environmental Conservation v. Michael A. Bateman*, 3AN-06-6485 CI, to include declaratory judgment claims against State Farm and three other insurers of the Estate.

State Farm's federal declaratory judgment action at issue here is barred by the 11th Amendment of the United States Constitution. Under the 11th Amendment, it is well-settled law that a sovereign state of the United States is immune from a federal court suit brought by a citizen of another state on state law grounds. *Pennhurst State School & Hospital v. Halderman*, 465 U.S. 89, 100, 104 S. Ct. 900, 908 (1984) *citing Missouri v. Fiske*, 290 U.S. 18, 27, 54 S. Ct. 18, 21 (1933). Moreover, the jurisdictional bar provided by the Eleventh Amendment applies regardless of the nature of the relief sought. *Pennhurst*, 104 S. Ct. at 908 (the Eleventh Amendment applies to suits in equity as well as at law). The State has sought State Farm's voluntary dismissal of this federal court action in light of the available state court forum (the law of which governs interpretation of

insurance contracts written in Alaska) but State Farm has refused to do so and has indicated it intends to pursue this federal court action against the State of Alaska.

Accordingly, the State of Alaska anticipates filing a Motion to Dismiss the State Farm action on the grounds of 11th Amendment sovereign immunity to suit in federal court. Counsel for the State of Alaska has a number of important environmental matters pending at this time and, in any event, could not prepare such a motion by September 29. Counsel anticipates that he can complete and file such a motion by October 20 and accordingly requests an extension of time until that date. Counsel for State Farm has indicated to the undersigned that he does not oppose this request.

2) **Motion to Hold Briefing of Summary Judgment Motion In Abeyance Pending Resolution of the Threshold Motion to Dismiss**

On September 19, 2006, before the State of Alaska's appearance in this matter, State Farm filed a motion for summary judgment seeking a declaration that there is no coverage for the State's environmental claims under the State Farm insurance policies issued to the Estate (and now assigned to the State). Because the issue of whether this motion can be heard by this Court should be resolved prior to briefing the underlying motion, the State requests that all briefing of State Farm's Motion for Summary Judgment be held in abeyance pending resolution of the 11th Amendment immunity issue. A proposed order is attached.

DATED at Anchorage, Alaska this 29th day of September, 2006.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

          s/Breck C. Tostevin
By:  Breck C. Tostevin
     Senior Assistant Attorney General
     1031 West 4th Avenue, Suite 200
     Anchorage, AK  99501
     (907) 269-5274
     (907) 278-7022 fax
     ABA No. 8906037

<u>Certificate of Service</u>
I hereby certify that on this 29th day
of September, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501

and served by U.S. Mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517


s/Breck C. Tostevin