Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DUSTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| STATE FARM FIRE AND CAUSUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-00152-TMB |
| vs. | ) ) | |
| MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, | ) ) ) ) | **PROPOSED ORDER** |
| Defendants. | ) ) | |

The State of Alaska having moved for an extension of time to 1) respond to Plaintiff State Farm Fire and Casualty Company's Complaint and 2) to hold briefing in abeyance on State Farm's Motion for Summary Judgment, and this Court being fully advised:

IT IS HEREBY ORDERED that

1) the State may have until October 20, 2006 to file a Motion to Dismiss the complaint against Michael Bateman, as Personal Representative of the Estate of Mildred McGalliard, and the State of Alaska; and

2) briefing on State Farm's Motion for Summary Judgment filed on September 19, 2006 at Docket #11 is held in abeyance until 15 days after this Court resolves the threshold issue of whether this Court is the proper forum for Plaintiff's complaint.

_____
TIMOTHY M. BURGESS
U.S. District Court Judge