Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DUSTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CAUSUALTY COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>           Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**ENTRY OF APPEARANCE** |

COMES NOW the State of Alaska, through the Office of the Attorney General, enters an appearance in the above matter and requests that all pleadings, notices and orders in the above matter be delivered or mailed to Breck C. Tostevin, Senior Assistance Attorney General at the above address.

DATED at Anchorage, Alaska this 29th day of September, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: s/Breck C. Tostevin
Breck C. Tostevin
Senior Assistant Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 fax
ABA No. 8906037

Certificate of Service
I hereby certify that on this 29th day
of September, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501

and served by U.S. Mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/Breck C. Tostevin