James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>  Plaintiff,<br><br>   vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>  Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**ERRATUM TO STATE FARM'S COMPLAINT FOR DECLARATORY RELIEF** |

On June 22, 2006, State Farm Fire and Casualty Company filed its Complaint for Declaratory Relief.  The exhibits referenced in the Complaint for Declaratory Relief were inadvertently omitted.  Exhibits A and B are attached.

DATED this 10th day of October, 2006, at Anchorage, Alaska.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm


By:  s/James K. Wilkens
     500 L Street, Suite 200
     Anchorage, AK  99501
     Phone:   (907) 276-2999
     Fax:     (907) 276-2956
     E-mail:  jkw@bwclawyers.com
     ABA No.: 8408071


**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens


N:\JAW\957-271\PLDNGS\COMPLAINT.DJ.ERRATUM.DOC