IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, DEPARTMENT )
OF ENVIRONMENTAL CONSERVATION )
)
Plaintiff, )
)
vs. ) Case No. 3AN-06-6485 CI
)
MICHAEL A. BATEMAN, in his capacity )
as Special Administrator of the Estate )
of Mildred McGalliard, )
)
Defendant. )
)

**COMPLAINT FOR RECOVERY OF RESPONSE COSTS
AND DECLARATORY RELIEF (AS 46.03.822; AS 22.10.020(g))**

Comes now Plaintiff State of Alaska, Department of Environmental Conservation, by and through the Office of the Attorney General, and complains and alleges as follows:

**JURISDICTION**

1. This is a civil action for recovery of response costs incurred by the State of Alaska responding to hazardous substance contamination on property of the Estate of Mildred McGalliard at 3603 Wyoming Drive and adjoining properties in Anchorage, Alaska (hereinafter the "Site"). In addition, the State seeks a declaration that the Estate of Mildred McGalliard is liable to the State for future costs responding to the release or threatened release of hazardous substances from the Wyoming Drive property.

EXHIBIT A
PG 1 OF 6

2. Subject matter jurisdiction is proper pursuant to Alaska statutory and common law, including AS 22.10.020 and AS 09.05.015.

3. Personal jurisdiction is proper because the Defendant has engaged in substantial and not isolated activities in this state and because the claims arose in this State.

4. Venue is properly laid in the Third Judicial District pursuant to AS 22.10.030 and Alaska Civil Rule 3(c) because the claims arose in the Third Judicial District.

## PARTIES

5. Plaintiff State of Alaska is a sovereign state of the United States and is entitled to bring this action. The Department of Environmental Conservation (DEC) is the agency of state government with jurisdiction to enforce state environmental laws.

6. Defendant Michael A. Bateman is a resident of Anchorage, Alaska.

7. On March 8, 2005, Defendant Bateman was formally appointed by the Superior Court as the Special Administrator of the Estate of Mildred McGalliard under AS 13.16.210(2) with the powers of a personal representative under AS 13.16.325.

8. Defendant Bateman is being sued solely in his capacity as Special Administrator of the McGalliard Estate.

## GENERAL ALLEGATIONS

9. From February 26, 1960 to the time of her death on April 25, 2003, Mildred McGalliard, formerly known as Mildred C. Peters and Mildred C. Gilbeau, owned

COMPLAINT FOR RECOVERY OF RESPONSE COSTS & DECL. RELIEF   2 of 6
State of Alaska, DEC v. Michael Bateman, Case No. 3AN-06-_____ CI

EXHIBIT  A
PG  2  OF  6

real property at 3603 Wyoming Drive, a residential property in the Spenard area of Anchorage (the "Wyoming Drive Property" or the "Property").

10. The 3603 Wyoming Drive property is now part of the Estate of Mildred McGalliard.

11. The probate of the McGalliard Estate is pending in the action entitled *In the Matter of the Estate of Mildred C. McGalliard*, 3AN-04-1499 PR.

12. On January 24, 2005, the State of Alaska presented a timely claim under AS 13.16.460 to the McGalliard Estate by filing a claim concerning the Wyoming Drive property in the Superior Court. A copy of the State's claim was mailed to Defendant Bateman at the time the claim was filed in Superior Court.

13. Following his appointment as Special Administrator, Defendant Bateman did not mail a notice of action on the State's claim within 60 days after the time for original presentment had expired.

14. Pursuant to AS 13.16.475(a), the State's Claim of January 24, 2005 is allowed against the McGalliard Estate.

15. At all relevant times, Mildred McGalliard and the Estate were or are, "owners" and "operators" of the Property within the meaning of AS 46.03.826(8).

16. Environmental site investigations conducted by Dames & Moore in 1991 and BGES, Inc. in May 2004 found lead, cadmium, mercury and 1,2,4 trichlorbenzene in the soil and groundwater beneath the Wyoming Drive property.

COMPLAINT FOR RECOVERY OF RESPONSE COSTS & DECL. RELIEF    3 of 6
State of Alaska, DEC v. Michael Bateman, Case No. 3AN-06-_____ CI

EXHIBIT _A_
PG _3_ OF _6_

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

17. Lead, cadmium, mercury and 1,2,4 trichlorbenzene are "hazardous substances" within the meaning of AS 46.03.826(5).

18. The release of hazardous substances at and from the Wyoming Drive property has caused damages to groundwater held in trust for the people of the State of Alaska and has caused property damages to those groundwater resources and to adjoining property. As of the filing of this Complaint, hazardous substance-contaminated soil and water remain at the Site.

19. In order to protect human health, public safety and lessen migration of additional hazardous substances to groundwater, DEC through its environmental contractor, BGES, secured access to the property, took actions to lessen surface migration of hazardous substances from the property, and removed 372.3 tons of hazardous substance-contaminated soil from the Site.

20. Hazardous substances in excess of DEC cleanup levels in 18 AAC 75 remain on portion of the Site under the protective fill material placed on the Site by DEC's environmental contractors.

### FIRST CAUSE OF ACTION: STATE RESPONSE COSTS

21. Paragraphs 1 through 20 are incorporated herein by reference.

22. Hazardous substances within the meaning of AS 46.03.826 have been released at and from the Wyoming Drive property.

23. Plaintiff State of Alaska has incurred response costs, including legal fees and costs, in the amount of $432,576 as a result of its investigation of Site conditions, its

COMPLAINT FOR RECOVERY OF RESPONSE COSTS & DECL. RELIEF   4 of 6
State of Alaska, DEC v. Michael Bateman, Case No. 3AN-06-____ CI

EXHIBIT ___A___
PG ___4___ OF ___6___

efforts to contain and control access to the hazardous substance contamination, its development of cleanup plans for the property, and its removal and disposal of contaminated soil from the property and adjoining properties.

24. Pursuant to AS 46.03.822, AS 46.03.763, and other law, Mildred McGalliard and her Estate are strictly liable, jointly and severally for the full amount of actual expenses incurred by the State as a result of the release, including direct and indirect costs of response, containment, removal or remedial action, full reasonable attorneys fees and costs, and incidental administrative expenses incurred by the State.

## SECOND CAUSE OF ACTION: DECLARATORY JUDGMENT AS TO FUTURE RESPONSE COSTS

25. Paragraphs 1 through 24 are incorporated herein by reference.

26. Because contamination above cleanup levels remains on the Site, Plaintiff State of Alaska will continue to incur response costs for monitoring and other related activities in amounts to be proven.

27. Pursuant to AS 46.03.822, AS 46.03.763, and other law, Mildred McGalliard and her Estate are strictly liable, jointly and severally for the full amount of actual expenses incurred by the State in the future as a result of the release, including direct and indirect costs of response, containment, removal or remedial action, full reasonable attorneys fees and costs, and incidental administrative expenses incurred by the State.

## RELIEF SOUGHT

WHEREFORE, Plaintiff asks this Court:

COMPLAINT FOR RECOVERY OF RESPONSE COSTS & DECL. RELIEF      5 of 6
State of Alaska, DEC v. Michael Bateman, Case No. 3AN-06-_____ CI

EXHIBIT _A_
PG _5_ OF _6_

a.  to adjudge and decree that Mildred McGalliard, deceased, and the McGalliard Estate are liable to the State of Alaska for past and future hazardous substance response costs and to enter judgment in favor of the Plaintiff and against Defendant as Special Representative of the Estate;

b.  to award pre and post judgment interest in the amount provided by AS 46.08.075, full reasonable attorneys' fees, and the costs of this action;

c.  to grant such other and additional relief as may be appropriate.

DATED this 20 day of March, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
Breck C. Tostevin
Senior Assistant Attorney General
ABA No. 8906037

COMPLAINT FOR RECOVERY OF RESPONSE COSTS & DECL. RELIEF    6 of 6
State of Alaska, DEC v. Michael Bateman, Case No. 3AN-06-____ CI

EXHIBIT A
PG 6 OF 6