James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>        Plaintiff,<br><br>    vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>        Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**STATE FARM'S CONDITIONAL NON-OPPOSITION TO STATE OF ALASKA'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS** |

Plaintiff State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel, hereby files a conditional non-opposition to the State of Alaska's motion for extension of time to October 20, 2006, to file a motion to dismiss.

**I.   STATEMENT OF FACTS**

State Farm provided certain insurance coverage to Mildred McGalliard, now deceased.  There presently exists a dispute between the insurer, State Farm, and its insured, the Estate of McGalliard

("McGalliard Estate"), regarding whether certain liability claims asserted by the State of Alaska are covered under the policy. (Defendant Michael Bateman is the personal representative of McGalliard's estate.) Because of the dispute regarding the respective rights and obligations of State Farm and the McGalliard Estate under the policy, State Farm filed this federal declaratory judgment action. In addition to naming the insured, State Farm also named the State of Alaska in the declaratory judgment action as a potential creditor of the McGalliard Estate. Until recently, neither the McGalliard Estate nor the State of Alaska entered any appearance or otherwise defended. Recently, the State of Alaska filed an appearance and requested an extension of time until October 20 to file a motion to dismiss on Eleventh Amendment grounds.

II. **NON-OPPOSITION TO STATE OF ALASKA'S EXTENSION REQUEST**

State Farm has no objection to the State of Alaska's request for an extension of time until October 20 to file a motion to dismiss on Eleventh Amendment grounds. However, State Farm also gives notice to the Court such a motion by the State of Alaska may be unnecessary. Through undersigned counsel, State Farm previously offered to voluntarily dismiss the State of Alaska from this lawsuit, on the basis the State of Alaska was added more as a professional courtesy (to be given an opportunity to participate in the coverage litigation). Although counsel disagree as to whether the Eleventh Amendment barred any direct claim against the State of

Alaska, State Farm gave the State of Alaska the opportunity to consent to jurisdiction. When the State of Alaska indicated it did not wish to consent to jurisdiction, State Farm offered to dismiss the State of Alaska, preserving at all times State Farm's claims against the McGalliard Estate. State Farm's offer to voluntarily dismiss the State of Alaska as a party to this lawsuit remains.

### III. **STATE FARM PRESERVES ALL RIGHTS TO SEEK DECLARATORY JUDGMENT AGAINST THE MCGALLIARD ESTATE**

Regardless of whether the Eleventh Amendment bars any direct claims against the State of Alaska, State Farm will continue to pursue the declaratory judgment action against its insured, the McGalliard Estate, in this federal declaratory judgment action. Although State Farm is willing to voluntarily dismiss the State of Alaska, State Farm is unwilling to dismiss the McGalliard Estate, and expressly preserves the right to seek declaratory judgment against its insured, the McGalliard Estate, in this federal declaratory judgment action. Accordingly, even if the State of Alaska wishes to file a motion to dismiss on Eleventh Amendment grounds, this provides no basis for any extension or delay in State Farm's prosecution of its declaratory judgment relief against its insured, the McGalliard Estate.[1]

---

[1] Pursuant to the Court's order dated August 28, 2006, the Court ordered State Farm to file a default against any defendant not appearing by October 10. Pursuant to the Court's order, State Farm has filed a Request for Entry of Default pursuant to Federal Civil Rule 55(a).

### IV. STATE FARM OBJECTS TO DELAY IN PROCEEDING ON PENDING SUMMARY JUDGMENT MOTION

The State of Alaska also requests an indefinite extension to the pending motion for summary judgment. State Farm objects to any delay in addressing and resolving the coverage disputes as set forth in the motion. Regardless of whether the State of Alaska wishes to file a motion to dismiss on Eleventh Amendment grounds, State Farm intends to continue to pursue the requested declaratory relief against its insured, the McGalliard Estate. Pressing forward with the summary judgment motion becomes particularly important where, as here, the State of Alaska has now attempted to bypass the federal court's determination of the coverage issues on the merits by filing a state court claim for the same relief.

### V. CONCLUSION

For these reasons, State Farm does not object to the State of Alaska's request for an extension of time until October 20 to file a motion to dismiss. However, State Farm believes such motion is unnecessary. In any event, State Farm specifically reserves all rights to seek federal declaratory judgment adjudication against its insured, the McGalliard Estate, as to the parties' respective rights and obligations under the policy. There is no reason to delay in adjudicating such contractual rights and obligations.

A proposed order is attached.

DATED at Anchorage, Alaska, this 10th day of October, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm

By: s/James K. Wilkens
500 L Street, Suite 200
Anchorage, AK  99501
Phone:   (907) 276-2999
Fax:     (907) 276-2956
E-mail:  jkw@bwclawyers.com
ABA No.: 8408071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and served by U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\EXTENSION.CONDITIONAL NON-OPP.DOC