James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**NOTICE OF FILING PROPOSED ORDER TO STATE FARM'S CONDITIONAL NON-OPPOSITION TO STATE OF ALASKA'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS** |

Plaintiff State Farm Fire and Casualty Company ("State Farm"), through undersigned counsel, hereby gives notice of filing the attached [Proposed] Order to State Farm's Conditional Non-Opposition to State of Alaska's Motion for Extension of Time to File a Motion to Dismiss.

DATED at Anchorage, Alaska, this 10th day of October, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm


By:   s/James K. Wilkens
      500 L Street, Suite 200
      Anchorage, AK  99501
      Phone:   (907) 276-2999
      Fax:     (907) 276-2956
      E-mail:  jkw@bwclawyers.com
      ABA No.: 8408071


**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and served by U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens


N:\JAW\957-271\PLDNGS\EXTENSION.CONDITIONAL NON-OPP.NOTICE.DOC