James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>　　　　Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**[PROPOSED] ORDER GRANTING THE STATE OF ALASKA'S MOTION FOR EXTENSION OF TIME TO FILE A MOTION TO DISMISS AND DENYING THE STATE'S MOTION TO HOLD MOTION FOR SUMMARY JUDGMENT IN ABEYANCE** |

　　　This Court, having considered the State of Alaska's Motion for Extension of Time to File Response to Complaint and to Hold Motion for Summary Judgment in Abeyance, and being fully advised in the premises,

　　　IT IS HEREBY ORDERED that:

　　　1.　The State of Alaska shall have until October 20, 2006, to file a motion to dismiss;

2. The State of Alaska's Motion to Hold Motion for Summary Judgment in Abeyance is denied. State Farm is entitled to pursue it declaratory judgment action against its insured, the McGalliard Estate, as to the parties' respective rights and obligations under the policy, in this forum. The State of Alaska's and the McGalliard Estate's responses to State Farm's motion for summary judgment are due no later than ten (10) days after the date of this Order.

DATED at Anchorage, Alaska, this \_\_\_\_\_ day of _____, 2006.

_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\EXTENSION.CONDITIONAL NON-OPP.ORDER.DOC