James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE


| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**STATE FARM'S APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANT MICHAEL BATEMAN** |

TO:  CLERK OF THE COURT

    Pursuant to Civil Rule 55(a), Plaintiff requests you enter the default of Defendant Michael Bateman, as personal representative of the Estate of Mildred McGalliard, for failure to plead in or otherwise defend this action, as stated in the affidavit annexed.

DATED at Anchorage, Alaska, this 10th day of October, 2006.

```
                              BLISS, WILKENS & CLAYTON
                              Lawyers for State Farm


                        By:   s/James K. Wilkens
                              500 L Street, Suite 200
                              Anchorage, AK  99501
                              Phone:   (907) 276-2999
                              Fax:     (907) 276-2956
                              E-mail:  jkw@bwclawyers.com
                              ABA No.: 8408071
```

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\DEFAULT.APPLICATION.DOC