```
James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
```
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**ENTRY OF DEFAULT AGAINST DEFENDANT MICHAEL BATEMAN** |

Pursuant to Plaintiff's request under Federal Civil Rule 55(a), default is hereby entered against Defendant Michael Bateman, as personal representative of the Estate of Mildred McGalliard, for failure to plead in or otherwise defend this action.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

_____
CLERK OF COURT

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\DEFAULT.APPLICATION.DOC