James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

STATE FARM FIRE AND CASUALTY )
COMPANY, )
 )
      Plaintiff, )  Case No. 3:06-CV-00152-TMB
 )
  vs. )
 )
MICHAEL BATEMAN, as personal ) **AFFIDAVIT OF JAMES K. WILKENS**
representative of the Estate ) **FOR ENTRY OF DEFAULT AGAINST**
of Mildred McGalliard; and ) **DEFENDANT MICHAEL BATEMAN**
STATE OF ALASKA, )
 )
      Defendants. )
 )

STATE OF ALASKA          )
                         ) ss.
THIRD JUDICIAL DISTRICT  )

    I, James K. Wilkens, being first duly sworn, depose and say:

    1.   I am the attorney representing Plaintiff in the above-entitled case.

    2.   The complaint and summons herein were served on Defendant Michael Bateman, as personal representative of the Estate of Mildred McGalliard, at Anchorage, Alaska, on the 28th day of June, 2006, by certified mail [Docket 5].

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

3. Defendant Michael Bateman, as personal representative of the Estate of Mildred McGalliard, is not an infant, incompetent or in the military service of the United States.

4. The time within which Defendant Michael Bateman, as personal representative of the Estate of Mildred McGalliard, could plead in or otherwise defend this action has expired without such action by Defendant.

_____
James K. Wilkens

SUBSCRIBED and SWORN to before me this 10th day of October, 2006.

_____
Notary Public in and for Alaska
My commission expires: 9-20-07

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK 99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\DEFAULT.ENTRY.AFFIDAVIT.DOC

BLISS, WILKENS
& CLAYTON
an association of LLCs
500 L STREET
SUITE 200
ANCHORAGE, ALASKA
99501-5909
(907) 276-2999
FAX: (907) 276-2956

AFFIDAVIT OF COUNSEL FOR ENTRY OF DEFAULT
Page 2 of 2

State Farm v. Bateman/SOA
3:06-cv-00152-TMB