38. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant ACE.

39. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant ACE to indemnify the Estate for the claims raised in this action.

## FOURTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT INA)

40. Paragraphs 1 through 39 are incorporated herein by reference.

41. Defendant INA issued homeowners insurance policies to Joseph and Mildred McGalliard (Policy Number A01301925) for the property located at 3603 Wyoming Drive between September 16, 1973 and September 16, 2000. At some point in time, coverage changed from ACE to INA.

42. Upon information and belief, Defendant INA is jointly defending Defendant Bateman in this action under a reservation of rights.

43. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant INA.

44. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant INA to indemnify the Estate for the claims raised by the State in this action.

Appendix G
Page 13 of 18

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI

Exhibit A 8 of 11
Page 8 of 11

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

### FIFTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT VESTA)

45. Paragraphs 1 through 44 are incorporated herein by reference.

46. Defendant Vesta issued homeowners insurance policies to Mildred McGalliard (policy number HM000038126) for the property located at 3603 Wyoming Drive between September 1999 and October 11, 2003.

47. Upon information and belief, Defendant Vesta is jointly defending Defendant Bateman in this action under a reservation of rights.

48. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant INA.

49. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant Vesta to indemnify the Estate for the claims raised by the State in this action.

### FIFTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT STATE FARM)

50. Paragraphs 1 through 49 are incorporated herein by reference.

51. Defendant State Farm issued rental property insurance to Joseph and Mildred McGalliard (policy number 92-95-9466-6) for the property located at 3601 Wyoming Drive between March 1983 and November 4, 1994.

Appendix G
Page 14 of 18

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI

Exhibit A    9 of 11

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

52. Upon information and belief, Defendant State Farm is jointly defending Defendant Bateman in this action under a reservation of rights.

53. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant State Farm.

54. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant State Farm to indemnify the Estate for the claims raised by the State in this action.

### RELIEF SOUGHT

WHEREFORE, Plaintiff asks this Court:

a. to adjudge and decree that Mildred McGalliard, deceased, and the McGalliard Estate are liable to the State of Alaska for past and future hazardous substance response costs and to enter judgment in favor of the Plaintiff and against Defendant as Special Representative of the Estate;

b. to issue a declaration that the insurance policies issued by each Defendant insurer provides full indemnity to the Estate for the State's claims asserted in this action;

c. to award pre and post judgment interest in the amount provided by AS 46.08.075, full reasonable attorneys' fees, and the costs of this action;

d. to grant such other and additional relief as may be appropriate.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

Appendix G
Page 15 of 18

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI    Exhibit ___A___ 10 of 11
                                                Page _10_ of _11_

DATED this ____ day of September, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

Breck C. Tostevin
Senior Assistant Attorney General
ABA No. 8906037

Appendix G
Page 16 of 18

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI

Exhibit A 11 of 11
Page 11 of 11

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA, DEPARTMENT )
OF ENVIRONMENTAL CONSERVATION )
)
Plaintiffs, )
)
vs. )
)
MICHAEL A. BATEMAN, in his capacity )
As Special Administrator of the Estate of )
MILDRED McGALLIARD, )
)
Defendant. )
_____ )   Case No. 3AN-06-6485 CI

[PROPOSED] ORDER

The State of Alaska having moved to amend its Complaint pursuant to Rule 15(a) of the Alaska Rules of Civil Procedure; and this Court being fully advised.

IT IS HEREBY ORDERED that the State's Motion is GRANTED.

_____
STEPHANIE E. JOANNIDES
Superior Court Judge

COPY
Original Received
SEP 28 2006
Clerk of the Trial Courts

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| STATE OF ALASKA, DEPARTMENT OF ENVIRONMENTAL CONSERVATION<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL A. BATEMAN, in his capacity As Special Administrator of the Estate of MILDRED McGALLIARD,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 3AN-06-6485 CI

## CERTIFICATE OF SERVICE

I certify that copies of the STATE OF ALASKA'S MOTION TO AMEND COMPLAINT, MEMORANDUM IN SUPPORT OF STATE OF ALASKA'S MOTION TO AMEND COMPLAINT, FIRST AMENDED COMPLAINT FOR RECOVERY OF RESPONSE COSTS AND DECLARATORY RELIEF, and proposed ORDER APPROVING STATE OF ALASKA'S MOTION TO AMEND COMPLAINT were served by mail on:

Andrew J. Fierro
310 K Street, Suite 200
Anchorage, AK  99501

this 28th day of September, 2006.

_Sheri Lopez_
Sheri Lopez