# BLISS, WILKENS & CLAYTON

an association of LLCs
LAWYERS

500 L STREET, SUITE 200, ANCHORAGE, ALASKA 99501-5909
TELEPHONE: (907) 276-2999 FACSIMILE: (907) 276-2956
www.bwclawfirm.com

Ronald L. Bliss
James K. Wilkens
Alfred Clayton, Jr.

Jonathan P. Hegna

Of Counsel
Jean E. Kizer
Ann K. Stokes
Maryanne Boreen

September 27, 2006

VIA FACSIMILE

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

Re: Insureds: Joseph and Mildred McGalliard
    Location: 3601 Wyoming Dr., Anchorage, Alaska
    Our File: 957-271

Dear Breck:

Thank you for your letter of today, along with a copy of the Partial Settlement Agreement and Assignment of Insurance Rights.

This confirms our telephone conversation. State Farm will not agree to voluntarily dismiss its federal court declaratory judgment action. On behalf of Bateman and the State of Alaska, we have twice requested extensions of time for your answers, which answers are now due on Friday. As discussed, you will need to enter an appearance on behalf of Bateman and the State by Friday. If you wish to file a motion to dismiss on behalf of the Estate and the State, I will non-opp any motion you wish to file requesting such extension.

As I previously indicated, State Farm remains interested in reasonable settlement. We look forward to any suggestions from you as to mediation or other alternative dispute resolution.

If you have any questions, feel free to contact me.

Regards,

BLISS, WILKENS & CLAYTON

James K. Wilkens

JKW:jw
cc: Michael Bateman
    Andrew J. Fierro
    Gayle White
N:\JAW\957-271\TOSTEVIN.10.DOC

Appendix H
Page 1 of 1