Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DUSTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL BATEMAN, as personal )<br>representative of the Estate of Mildred )<br>McGalliard; and STATE OF ALASKA, )<br>)<br>Defendants. )<br>_____ ) | Case No. 3:06-cv-00152-TMB<br><br><br><br><br><br>**PROPOSED ORDER** |

Plaintiff State Farm Fire and Casualty Co's application for entry of a default judgment against Michael Bateman, as personal representative of the Estate of Mildred McGalliard of Alaska is DENIED.  The State of Alaska has appeared in this action as purported assignee of the Estate's insurance coverage rights in the State Farm Policies at issue here and has requested an extension of time to dismiss Plaintiff's complaint against

the State and the Estate.  Consequently, the Estate should not be defaulted under F. Civ. R. 55(a).  In the event an entry of default has been issued, good cause is shown under F. Civ. Rule 55(c) for setting aside the entry of default against the Estate.

   IT IS SO ORDERED.

 

 

_____
TIMOTHY M. BURGESS
U.S. District Court Judge