## STATE OF ALASKA

### DEPARTMENT OF LAW

OFFICE OF THE ATTORNEY GENERAL

FRANK H. MURKOWSKI,
GOVERNOR

1031 WEST 4TH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501-1994
PHONE:     (907)269-5274
FAX:          (907)278-7022

July 28, 2006

**VIA FACSIMILE: 276-2956**

James K. Wilkens
Bliss, Wilkens & Clayton
500 L St., Suite 200
Anchorage, AK 99501

> Re:  3603 Wyoming Drive, Contaminated Site
> Cleanup - AGO File No. 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
> Your File 957-271

Dear Jim:

I received your letter of July 24 concerning the declaratory judgment lawsuit you filed on behalf of State Farm against the Estate of McGalliard and the State of Alaska concerning coverage for the State's Wyoming Drive Contaminated Site cleanup claims.

Unless the legislative history of AS 44.23.020(c) provides additional insights, I do not agree that the statute allows the Attorney General to waive the state's 11th amendment immunity to participate as a defendant in the federal court litigation.

I have been unable to discuss your proposal with Mr. Bateman's attorney, Andrew Fierro. As I mentioned to you in our telephone conversation, I will be out of the office the first two weeks of August. In order for me research this matter further, discuss options with the Estate, its counsel and my clients, I am requesting that State Farm provide both the State of Alaska and Michael Bateman an extension of time until August 31, 2006 to respond to the complaint in the federal court action.

Appendix D
Page 1 of 2

James K. Wilkens  
Bliss, Wilkens & Clayton

July 28, 2006  
Page 2

    If you have any questions concerning this matter, please contact me at 269-5274.

Sincerely,

DAVID W. MÁRQUEZ  
ATTORNEY GENERAL

By: *[signature]*  
Breck C. Tostevin  
Senior Assistant Attorney General

BCT/cam

cc:    Andrew Fierro