# BLISS, WILKENS & CLAYTON
an association of LLCs
## LAWYERS

500 L STREET, SUITE 200, ANCHORAGE, ALASKA 99501-5909
TELEPHONE: (907) 276-2999 FACSIMILE: (907) 276-2956
www.bwclawfirm.com

Ronald L. Bliss
James K. Wilkens
Alfred Clayton, Jr.

Jonathan P. Hegna

Of Counsel
Jean E. Kizer
Ann K. Stokes
Maryanne Boreen

August 7, 2006

**VIA FACSIMILE**

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK 99501

    Re:   Insureds:   Joseph and Mildred McGalliard
          Location:   3601 Wyoming Dr., Anchorage, Alaska
          Our File:   957-271

Dear Breck:

    Thank you for your letter dated July 28, 2006.

    I am agreeable to extending the State of Alaska's and Michael Bateman's responses to the complaint to August 31, 2006. Please draft an appropriate stipulation and I will sign it.

    As always, if you have any questions, feel free to contact me.

                    Regards,

                    BLISS, WILKENS & CLAYTON

                    James K. Wilkens

JKW:jw

cc:   Michael Bateman (c/o Andrew J. Fierro)
      Gayle White

N:\JAW\957-271\TOSTEVIN.8.DOC

Appendix E
Page 1 of 1