below, until such time as notice of any change of person to be notified or change of address is forwarded to all Parties:

    (a) For the State of Alaska

> Breck C. Tostevin, Esq.
> Senior Assistant Attorney General
> Department of Law
> Office of the Attorney General
> Anchorage Branch
> 1031 W. Fourth Avenue, Suite 200
> Anchorage, AK 99501

    (b) For the Estate:

> Michael A. Bateman
> 3004 Barbara Street
> Anchorage, AK 99517

    With a Copy To:

> Andrew Fierro
> Law Office of Andrew Fierro, Inc.
> 310 K Street, Suite 200
> Anchorage, AK 99501

N.    <u>Authority and Binding Effect</u>:

(a) The individuals signing this Settlement Agreement and Release and the Parties on whose behalf such individual are signing hereby represent and warrant that they are empowered and authorized to sign on behalf of and bind the Parties for whom they have signed in all respects.

(b) This Settlement Agreement and Release shall be binding upon and shall inure to the benefit of the Parties, their heirs, successors, assigns, affiliated companies, subsidiaries, parents, stockholders, principals, agents and predecessors in interest thereto.

IN WITNESS WHEREOF, the Parties have executed this Settlement Agreement by their duly authorized representatives.

THE STATE OF ALASKA

By: _____
Breck C. Tostevin
Senior Assistant Attorney General

State of Alaska        )
                       )ss
Third Judicial District )

Before me, a notary public, personally appeared Breck C. Tostevin, Senior Assistant Attorney General who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27th day of September, 2006.

_____
Notary Public in and for the State of Alaska
Commission expires: with Office



Partial Settlement Agreement and Assignment of Insurance Rights

Page 12 of 14

Appendix F
Page 14 of 18

IN WITNESS WHEREOF, the Parties have executed this Settlement Agreement by their duly authorized representatives.

ESTATE OF MILDRED MCGALLIARD

By: *Michael A. Bateman*  
Michael A. Bateman  
Its Special Administrator

State of Alaska        )  
                       )ss  
Third Judicial District )

Before me, a notary public, personally appeared Michael A. Bateman who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27TH day of Sept., 2006.

*Sherrill J. Lopez*  
Notary Public in and for the State of Alaska  
Commission expires: With Office



MICHAEL A. BATEMAN

By /s/ Michael A. Bateman
Michael A. Bateman

State of Alaska    )
                              )ss
Third Judicial District  )

Before me, a notary public, personally appeared Michael A. Bateman who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27th day of September, 2006.

Sherrill Lopez
Notary Public in and for the State of Alaska
Commission expires: With Office





**STATE OF ALASKA**
Department of Law
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK   99501-1994
Environmental Section
Phone No. (907) 269-5274
Fax No. (907) 278-7022

## FAX TRANSMITTAL SHEET

*Please deliver the following pages:*

| | | | |
|---|---|---|---|
| **TO:** | Jim Wilkens | **Fax No.:** | 276-2956 |
| | Andrew Fierro | | 264-6792 |
| **DATE:** | September 27, 2006 | **TOTAL PAGES:** | 17 |
| | | (including cover sheet) | |
| **FROM:** | Breck C. Tostevin | | |
| | **Senior Assistant Attorney General** | | |
| **RE:** | 3603 Wyoming Drive, Contaminated site Cleanup—AGO File No. 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 Your File 957-271 | | |

**REMARKS:** Please see attached letter dated September 27, 2006 with attachment.

*If you have any problems with this transmission, please call Sheri at (907) 269-5275.*

The information contained in this FAX is **Confidential and/or Privileged,** and is intended to be reviewed by only the individual(s) named above.  If the reader of this transmittal page is not the intended recipient or a representative of the intended recipient, you are hereby notified that any review, dissemination or copy of this fax or the information contained herein is prohibited.  If you have received this fax in error, please immediately notify the sender by telephone and return this fax to the sender at the above address.

```
***************************
***  MULTI TX/RX REPORT  ***
***************************
```

| | | |
|---|---|---|
| TX/RX NO | 4354 | |
| PGS. | 17 | |
| TX/RX INCOMPLETE | ----- | |
| TRANSACTION OK | (1) | 2762956 |
| | (2) | 2646792 |
| ERROR INFORMATION | ----- | |



# STATE OF ALASKA
Department of Law
Attorney General's Office
1031 W. 4th Avenue, Suite 200
Anchorage, AK  99501-1994
Environmental Section
Phone No. (907) 269-5274
Fax No. (907) 278-7022

## FAX TRANSMITTAL SHEET

*Please deliver the following pages:*

**TO:** Jim Wilkens  
Andrew Fierro

**Fax No.:** 276-2956  
264-6792

**DATE:** September 27, 2006

**TOTAL PAGES:** 17  
(including cover sheet)

**FROM:** Breck C. Tostevin  
Senior Assistant Attorney General

**RE:** 3603 Wyoming Drive, Contaminated site Cleanup—AGO File No. 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  
Your File 957-271

**REMARKS:** Please see attached letter dated September 27, 2006 with attachment.

Appendix F  
Page 18 of 18

*If you have any problems with this transmission, please call Sheri at (907) 269-5275.*