Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>　　　　Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**MOTION TO SUBSTITUTE STATE OF ALASKA FOR MICHAEL BATEMAN** |

　　　Without prejudice to its Motion to Dismiss on the grounds of 11th Amendment immunity from suit in federal court, the State of Alaska, through the Office of the Attorney General, moves pursuant to Fed. R. Civil Proc. 25(c) to substitute the State of Alaska for Michael Bateman, personal representative of the Estate of Mildred McGalliard.  The State seeks this substitution based upon the Estate's assignment of its interests in State Farm insurance policies to the State of

Alaska. This motion is supported by the attached memorandum of points and authorities and affidavit of Breck Tostevin.

DATED at Anchorage, Alaska this 17th day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

    s/Breck C. Tostevin
By: Breck C. Tostevin
Senior Assistant Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 fax
ABA No. 8906037

Certificate of Service
I hereby certify that on this 17th day
of October, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501

and served by certified U.S. Mail,
return receipt requested on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517


s/Breck C. Tostevin