Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DUSTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-00152-TMB |
| vs. | ) ) | |
| MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, | ) ) ) ) | **PROPOSED ORDER** |
| Defendants. | ) ) | |

This Court, having considered the State of Alaska's Motion to Substitute the State of Alaska for Michael Bateman, as personal representative of the Estate of Mildred McGalliard, and all opposition thereto, and being fully advised in the premises,

IT IS HEREBY ORDERED:

1. The State of Alaska's motion is granted:

2. The State of Alaska is substituted for Michael Bateman, personal representative of the Estate of Mildred McGalliard.

3. Michael Bateman, personal representative of the Estate of Mildred McGalliard is dismissed from the case.

Dated at Anchorage, Alaska, this ____ day of October, 2006.

_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE