Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>    Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**MEMORANDUM IN SUPPORT OF MOTION TO SUBSTITUTE STATE OF ALASKA FOR MICHAEL BATEMAN** |

Without prejudice to its Motion to Dismiss on the grounds of 11th Amendment immunity from suit in federal court, the State of Alaska, through the Office of the Attorney General, moves pursuant to Fed. R. Civil Proc 25(c) to substitute the State of Alaska for Michael Bateman, personal representative of the Estate of Mildred McGalliard. The State seeks this substitution as the result of the

Estate's assignment to the State of Alaska of interests in State Farm insurance policies.

Federal Civil Rule 25(c) provides "[i]n case of any transfer of interest, the action may be continued by or against the original party, unless the court upon motion directs the person to whom the interest is transferred to be substituted in the action or joined with the original party."

The decision to grant a motion to substitute a party in recognition of the transfer of an interest is committed to the sound discretion of the court. *Dodd v. Pioche Mines Consol. Inc.*, 308 F.2d 673, 674 (9th Cir. 1962). A motion to substitute is not necessary in order to recognize a transferee's interest. C. Wright & A. Miller, *Federal Practice & Procedure* § 1958 at 557-560. A court may either add the transferee as an additional party along side the original party or the transferee may be substituted for the original party and the original party dismissed. *Id.* at 557, 559, 560.

Here, the State of Alaska has been assigned the Estate's rights in the State Farm policies of insurance. *See Affidavit of Breck Tostevin*, attachment A. By virtue of the State's action against the Estate in State court and the Estate's subsequent transfer of its coverage interests in the State Farm insurance, the State of Alaska is the real party in interest with respect to this federal court action. Since the State is already a named party, the most expedient approach is to substitute the State for the Estate.

Concurrent with filing this Motion, the State has filed a Motion to Dismiss State Farm's Complaint against the State of Alaska and the Estate on the grounds that State Farm's complaint is barred by the 11th Amendment of the U.S. Constitution. Under U.S. Supreme Court precedent, the 11th Amendment bars suits against a State by private parties raising state law claims as is the case here.

The State files this Motion to substitute itself for the Estate in response to State Farm's efforts to default the Estate before the State has an opportunity to be heard on its 11th Amendment rights or its claims under the State Farm policies.

The State therefore respectfully requests that the Court, pursuant to Federal Civil Rule 25(c), order the substitution of the State of Alaska for Michael Bateman, personal representative of the McGalliard Estate

DATED at Anchorage, Alaska, and this 17th day of October, 2006.

        DAVID W. MÁRQUEZ
        ATTORNEY GENERAL

          s/Breck C. Tostevin
By:  Breck C. Tostevin
      Senior Assistant Attorney General
      1031 West 4th Avenue, Suite 200
      Anchorage, AK   99501
      (907) 269-5274
      (907) 278-7022 fax
      ABA No. 8906037

<u>Certificate of Service</u>
I hereby certify that on this 17th day
of October , 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK   99501

and served by certified U.S. Mail,
return receipt requested on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK   99517


<u>s/Breck C. Tostevin</u>