Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>          Plaintiff,<br><br>   vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>          Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**MOTION TO DISMISS** |

The State of Alaska, through the Office of the Attorney General, moves pursuant to Fed. R. Civil Proc 12(b)(1) and 12(b) to dismiss Plaintiff State Farm Fire and Casualty Company (State Farm's) Complaint against Michael Bateman and the State of Alaska. The State's Motion is supported by a memorandum of points and authorities, the affidavit of Breck Tostevin, and a proposed order.

DATED at Anchorage, Alaska this 17th day of October, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

s/Breck C. Tostevin
By:   Breck C. Tostevin
Senior Assistant Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 fax
ABA No. 8906037

Certificate of Service
I hereby certify that on this 17th day
of October, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK   99501

and served by U.S. Mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK   99517


s/Breck C. Tostevin