Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK   99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | | |
|---|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:06-cv-00152-TMB |
| vs. | ) ) | **AFFIDAVIT OF BRECK TOSTEVIN IN SUPPORT OF** |
| MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, | ) ) ) ) | **SUBSTITUTION MOTION AND MOTION TO DISMISS** |
| Defendants. | ) ) | |

I, Breck C. Tostevin, being first duly sworn, depose and say:

1.      I am a Senior Assistant Attorney General representing

Defendant State of Alaska in the above entitled case.  I am also representing the

State of Alaska in the state court action entitled *State of Alaska, Department of*

*Environmental Conservation v. Michael Bateman, in his capacity as special*

*administrator of the Estate of Mildred McGalliard*, 3AN-06-6485 CI.

2.      On March 29, 2006, I filed a complaint on behalf of the State of Alaska Department of Environmental Conservation in state superior court against Michael Bateman as Special Administrator of the Estate of Mildred McGalliard to recover these costs. *State of Alaska, Department of Environmental Conservation v. Michael Bateman, in his capacity as special administrator of the Estate of Mildred McGalliard*, 3AN-06-6485 CI.

3.      On June 26, 2006, State Farm then filed this federal declaratory judgment against the Estate and the State of Alaska, as a potential assignee of the Estate's policy rights.

4.      Because the Estate could not afford to independently defend against the State Farm action, the Estate agreed on September 27, 2006 to assign its coverage rights in the State Farm Policies to the State of Alaska. Appendix A, pages 3-17, is a true and accurate copy of the Partial Settlement Agreement and Assignment of Insurance Rights between Michael Bateman, Special Administrator of the Estate and the State of Alaska.

5.      On September 28, I filed a motion on behalf of the State to amend its State Court Action to join State Farm, and the other insurers, in a forum in which all parties could litigate these state law issues of insurance coverage and state environmental cleanup laws. Appendix B is a true and accurate copy of the Motion and Proposed Amended Complaint.

6.    On October 16, 2006, the Superior Court Granted the State's

Motion to Amend its State Court Complaint to add declaratory judgment claims

against State Farm and other insurers.  Appendix C is a true and accurate copy of

the docket for the State civil action

Date: October 17, 2006         By: _____

                                   Breck C. Tostevin

        SUBSCRIBED AND SWORN to me this 17th day of October,

2006.


_____
Notary Public in and for the State of Alaska
My Commission Expires with Office



Certificate of Service
I hereby certify that on this 17th[h] day
of October, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501

and served by U.S. Mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

_____


AFFIDAVIT OF BRECK TOSTEVIN IN SUPPORT OF SUBSTITUTION MOTION
AND MOTION TO DISMISS
State Farm Fire & Casualty Co. v. Michael Bateman, SOA
Case No. 3:06-cv-00152-TMB                                Page 3 of 3