below, until such time as notice of any change of person to be notified or change of address is forwarded to all Parties:

 (a) For the State of Alaska

  Breck C. Tostevin, Esq.
  Senior Assistant Attorney General
  Department of Law
  Office of the Attorney General
  Anchorage Branch
  1031 W. Fourth Avenue, Suite 200
  Anchorage, AK 99501

 (b) For the Estate:

  Michael A. Bateman
  3004 Barbara Street
  Anchorage, AK 99517

 With a Copy To:

  Andrew Fierro
  Law Office of Andrew Fierro, Inc.
  310 K Street, Suite 200
  Anchorage, AK 99501

N. <u>Authority and Binding Effect</u>:

 (a) The individuals signing this Settlement Agreement and Release and the Parties on whose behalf such individual are signing hereby represent and warrant that they are empowered and authorized to sign on behalf of and bind the Parties for whom they have signed in all respects.

Partial Settlement Agreement and Assignment of Insurance Rights    Page 11 of 14

Appendix A

(b) This Settlement Agreement and Release shall be binding upon and shall inure to the benefit of the Parties, their heirs, successors, assigns, affiliated companies, subsidiaries, parents, stockholders, principals, agents and predecessors in interest thereto.

IN WITNESS WHEREOF, the Parties have executed this Settlement Agreement by their duly authorized representatives.

THE STATE OF ALASKA

By: _____
Breck C. Tostevin
Senior Assistant Attorney General

State of Alaska            )
                           )ss
Third Judicial District    )

Before me, a notary public, personally appeared Breck C. Tostevin, Senior Assistant Attorney General who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27th day of September, 2006.

_____
Notary Public in and for the State of Alaska
Commission expires: With Office



Partial Settlement Agreement and Assignment of Insurance Rights    Page 12 of 14

Appendix A

IN WITNESS WHEREOF, the Parties have executed this Settlement Agreement by their duly authorized representatives.

          ESTATE OF MILDRED MCGALLIARD

By: *Michael A Bateman*
Michael A. Bateman
Its Special Administrator

State of Alaska     )
                    )ss
Third Judicial District )

Before me, a notary public, personally appeared Michael A. Bateman who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27th day of Sept., 2006.

*Sherrill Lopez*
Notary Public in and for the State of Alaska
Commission expires: With Office



Partial Settlement Agreement and Assignment of Insurance Rights    Page 13 of 14

Appendix A

MICHAEL A. BATEMAN

By: /s/ Michael A. Bateman
Michael A. Bateman

State of Alaska         )
                        )ss
Third Judicial District )

Before me, a notary public, personally appeared Michael A. Bateman who, being duly sworn, stated that he has executed the foregoing Settlement Agreement on behalf of the Party named above and is duly authorized to do so.

Witness my hand and notarial seal this 27th day of September, 2006.

Sherrill Lopez
Notary Public in and for the State of Alaska
Commission expires: With Office

