## FIRST CAUSE OF ACTION: STATE RESPONSE COSTS

26. Paragraphs 1 through 25 are incorporated herein by reference.

27. Hazardous substances within the meaning of AS 46.03.826 have been released at and from the Wyoming Drive Property.

28. Hazardous substances within the meaning of AS 46.03.826 were released on the 3601 Wyoming Drive property during the time of Mildred McGalliard's ownership.

29. The Estate, as legal successor of Mildred McGalliard, is jointly and severally liable under AS 46.03.822 based on her prior ownership of the 3601 Wyoming Drive property.

30. Plaintiff State of Alaska has incurred response costs, including legal fees and costs, in the amount of $432,576 as a result of its investigation of Site conditions, its efforts to contain and control access to the hazardous substance contamination, its development of cleanup plans for the property, and its removal and disposal of contaminated soil from the property and adjoining properties.

31. Pursuant to AS 46.03.822, AS 46.03.763, and other law, Mildred McGalliard and her Estate are strictly liable, jointly and severally, for the full amount of actual expenses incurred by the State as a result of the release, including direct and indirect costs of response, containment, removal or remedial action, full reasonable attorneys fees and costs, and incidental administrative expenses incurred by the State.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI                     6 of 11

Appendix B
Page 11 of 16

## SECOND CAUSE OF ACTION: DECLARATORY JUDGMENT AS TO FUTURE RESPONSE COSTS

32. Paragraphs 1 through 31 are incorporated herein by reference.

33. Because contamination above cleanup levels remains on the Site, Plaintiff State of Alaska will continue to incur response costs for monitoring and other related activities in amounts to be proven.

34. Pursuant to AS 46.03.822, AS 46.03.763, and other law, Mildred McGalliard and her Estate are strictly liable, jointly and severally for the full amount of actual expenses incurred by the State in the future as a result of the release, including direct and indirect costs of response, containment, removal or remedial action, full reasonable attorneys fees and costs, and incidental administrative expenses incurred by the State.

## THIRD CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT ACE)

35. Paragraphs 1 through 34 are incorporated herein by reference.

36. Defendant ACE issued homeowners insurance policies to Joseph and Mildred McGalliard (Policy Number A01301925) for the property located at 3603 Wyoming Drive between September 16, 1973 and September 16, 2000. At some point in time, coverage changed from ACE to INA.

37. Upon information and belief, Defendant ACE is jointly defending Defendant Bateman in this action under a reservation of rights.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI                                 7 of 11

Appendix B
Page 12 of 16

38. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant ACE.

39. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant ACE to indemnify the Estate for the claims raised in this action.

### FOURTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT INA)

40. Paragraphs 1 through 39 are incorporated herein by reference.

41. Defendant INA issued homeowners insurance policies to Joseph and Mildred McGalliard (Policy Number A01301925) for the property located at 3603 Wyoming Drive between September 16, 1973 and September 16, 2000. At some point in time, coverage changed from ACE to INA.

42. Upon information and belief, Defendant INA is jointly defending Defendant Bateman in this action under a reservation of rights.

43. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant INA.

44. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant INA to indemnify the Estate for the claims raised by the State in this action.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI
8 of 11
Appendix B
Page 13 of 16

### FIFTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT VESTA)

45. Paragraphs 1 through 44 are incorporated herein by reference.

46. Defendant Vesta issued homeowners insurance policies to Mildred McGalliard (policy number HM000038126) for the property located at 3603 Wyoming Drive between September 1999 and October 11, 2003.

47. Upon information and belief, Defendant Vesta is jointly defending Defendant Bateman in this action under a reservation of rights.

48. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant INA.

49. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant Vesta to indemnify the Estate for the claims raised by the State in this action.

### FIFTH CAUSE OF ACTION: DECLARATORY RELIEF CONCERNING INSURANCE COVERAGE FOR THE STATE'S CLAIMS (DEFENDANT STATE FARM)

50. Paragraphs 1 through 49 are incorporated herein by reference.

51. Defendant State Farm issued rental property insurance to Joseph and Mildred McGalliard (policy number 92-95-9466-6) for the property located at 3601 Wyoming Drive between March 1983 and November 4, 1994.

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI

9 of 11

Appendix B
Page 14 of 16

52. Upon information and belief, Defendant State Farm is jointly defending Defendant Bateman in this action under a reservation of rights.

53. On September 27, 2006, Defendant Bateman, as Special Administrator of the Estate, assigned the Estate's coverage rights to the State of Alaska under the insurance policies issued by Defendant State Farm.

54. Plaintiff State of Alaska therefore seeks a declaration that the policy rights assigned to the State require Defendant State Farm to indemnify the Estate for the claims raised by the State in this action.

## RELIEF SOUGHT

WHEREFORE, Plaintiff asks this Court:

a. to adjudge and decree that Mildred McGalliard, deceased, and the McGalliard Estate are liable to the State of Alaska for past and future hazardous substance response costs and to enter judgment in favor of the Plaintiff and against Defendant as Special Representative of the Estate;

b. to issue a declaration that the insurance policies issued by each Defendant insurer provides full indemnity to the Estate for the State's claims asserted in this action;

c. to award pre and post judgment interest in the amount provided by AS 46.08.075, full reasonable attorneys' fees, and the costs of this action;

d. to grant such other and additional relief as may be appropriate.

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI
10 of 11
Appendix B
Page 15 of 16

DEPARTMENT OF LAW
OFFICE OF THE ATTORNEY GENERAL
ANCHORAGE BRANCH
1031 W. FOURTH AVENUE, SUITE 200
ANCHORAGE, ALASKA 99501
PHONE: (907) 269-5100

DATED this ____ day of September, 2006 at Anchorage, Alaska.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:

Breck C. Tostevin
Senior Assistant Attorney General
ABA No. 8906037

First Amended Complaint For Recovery Of Response Costs & Declaratory Relief
SOA, DEC V. BATEMAN, et. al., 3AN-06-6485 CI
11 of 11

Appendix B
Page 16 of 16