

# Alaska Trial Court Cases

webmaster@courts.sta

Home | CourtView Search | Name Index (Old System) | Pay Ticket Online

CourtView Hel

Dockets include limited information about filings and hearings that occurred before CourtView was installed in the court.

A maximum of 100 dockets will display at one time. Select the "descending" sort option to view the last 100 dockets entered. Select the "ascending" sort option to view the first 100 dockets entered. To see more dockets, adjust the date range of your search.

New S

| Summary | Parties | Events | **Dockets** | Disposition | Costs |

## Docket Search

3AN-06-06485CI State of Alaska Dept of Environmental Conservation vs. Bateman, Michael A

**Search Criteria**

**Docket Desc.**    ALL

**Begin Date**                                 **Sort**

                                                     ○ Ascending
**End Date**                                    ◉ Descending

Search

**Search Results**       17 Docket(s) found matching search criteria.

| Docket Date | Docket Text | Amount | Amount Due | Images |
|---|---|---|---|---|
| 10/16/2006 | Order Granting Motion to Amend Complaint Case Motion #1: Standard Motion | 0.00 | 0.00 | |
| 10/12/2006 | Notice of (Attorney) Absence Attorney: Fierro, Andrew J (8502008) Michael A Bateman (Defendant); Estate of Mildred McGalliard (Defendant); | 0.00 | 0.00 | |
| 10/11/2006 | Non-Opposition to Motion to Amend Complaint Attorney: Fierro, Andrew J (8502008) Michael A Bateman (Defendant); ; Andrew J Fierro (Attorney) on behalf of Michael A Bateman (Defendant) Case Motion #1: Standard Motion | 0.00 | 0.00 | |

Appendix C
Page 1 of 3

| Date | Description | | |
|---|---|---|---|
| 09/28/2006 | State of Alaska's Motion to Amend Complaint Attorney: Tostevin, Breck C (8906037) State of Alaska Dept of Environmental Conservation (Plaintiff); Case Motion #1 | 0.00 | 0.00 |
| 06/27/2006 | Joint Report of the Parties Alternative Dispute Resolution Meeting Attorney: Tostevin, Breck C (8906037) State of Alaska Dept of Environmental Conservation (Plaintiff); | 0.00 | 0.00 |
| 05/18/2006 | Trial Set -7 Day Event: Non-Jury Trial: Superior Court Civil Date: 04/02/2007 Time: 8:30 am Judge: Joannides, Stephanie E Location: Courtroom 604, Anchorage Courthouse | | |
| 05/18/2006 | Routine Pretrial Order Issued | 0.00 | 0.00 |
| 05/17/2006 | Proposed Trial Dates In Response to Initial Pretrial Order Attorney: Tostevin, Breck C (8906037) Attorney: Fierro, Andrew J (8502008) State of Alaska Dept of Environmental Conservation (Plaintiff); Michael A Bateman (Defendant); Estate of Mildred McGalliard (Defendant); | 0.00 | 0.00 |
| 04/27/2006 | Initial Pretrial Order Issued | 0.00 | 0.00 |
| 04/25/2006 | Answer to Complaint for Recovery of Response Costs and Declaratory Relief Attorney: Fierro, Andrew J (8502008) Michael A Bateman (Defendant); Estate of Mildred McGalliard (Defendant); | 0.00 | 0.00 |
| 04/24/2006 | Entry of Appearance Attorney Fierro, Andrew J representing Defendant Estate of Mildred McGalliard as of 04/24/2006 Estate of Mildred McGalliard (Defendant); | 0.00 | 0.00 |
| 04/24/2006 | Entry of Appearance Attorney Fierro, Andrew J representing Defendant Bateman, Michael A as of 04/24/2006 Michael A Bateman (Defendant); | 0.00 | 0.00 |
| 04/13/2006 | Return of Service - Summons Served Certified Mail Michael A Bateman (Defendant); | 0.00 | 0.00 |
| 03/29/2006 | Attorney Information Attorney Tostevin, Breck C representing Plaintiff State of Alaska Dept of Environmental Conservation as of 03/29/2006 | 0.00 | 0.00 |
| 03/29/2006 | Case Flagged for Civil Rule 4(j) Tracking (3AN) Michael A Bateman (Defendant); Estate of Mildred McGalliard (Defendant); | 0.00 | 0.00 |

Appendix C
Page 2 of 3

Case 3:06-cv-00152-TMB     Document 33-8     Filed 10/17/2006     Page 3 of 3

| | | |
|---|---|---|
| 03/29/2006 Summons Issued | 0.00 | 0.00 |
| 03/29/2006 Superior Court Complaint | 150.00 | 0.00 |