```
            MINUTES OF THE UNITED STATES DISTRICT COURT
                        DISTRICT OF ALASKA
```

STATE FARM FIRE AND CASUALTY COMPANY  vs.  MICHAEL BATEMAN, ET AL

BEFORE THE HONORABLE TIMOTHY M. BURGESS  CASE NO 3:06-CV-00152-TMB

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

APPEARANCES:    PLAINTIFF:   RON BLISS FOR JAMES K. WILKENS

                DEFENDANT:   BRECK TOSTEVIN

PROCEEDINGS: MOTION HEARING (HEARING ON MOTIONS (DKT 16, 21))
             HELD 10/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:03 a.m court convened.

Arguments heard.

Defendant's Motion for Extension of Time to File Response/Reply as to Complaint And To Hold Motion for Summary Judgment in Abeyance by State of Alaska (Dkt 16) **GRANTED.**

Plaintiff's Motion for Default Judgment (Dkt 21); no ruling until Plaintiff submits response to Defendant's Motion to Substitute Party (Dkt 29) in the normal briefing process.

Plaintiff's First Motion for Summary Judgment (Dkt 11) **HELD IN ABEYANCE.**

At 10:21 a.m. court adjourned.

DATE:   OCTOBER 18, 2006     DEPUTY CLERK'S INITIALS:     SCL