James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, )<br>)<br>             Plaintiff, )<br>)<br>     vs. )<br>)<br>MICHAEL BATEMAN, as personal )<br>representative of the Estate )<br>of Mildred McGalliard; and )<br>STATE OF ALASKA, )<br>)<br>             Defendants. )<br>_____) | Case No. 3:06-CV-00152-TMB<br><br>**STATE FARM'S NOTICE OF VOLUNTARY DISMISSAL OF STATE OF ALASKA AS NAMED DEFENDANT** |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, State Farm hereby voluntarily dismisses its claim against the State of Alaska (<u>qua</u> State of Alaska) as a named defendant in the complaint filed in this action.  This voluntary dismissal does not affect State Farm's claim for declaratory judgment against Co-Defendant Michael Bateman, as the personal representative of the Estate of Mildred McGalliard, or the State of Alaska as a purported assignee of any rights of the McGalliard

Estate (see State of Alaska's Motion to Substitute State of Alaska for Michael Bateman).

  DATED at Anchorage, Alaska, this 19th day of October, 2006.

           BLISS, WILKENS & CLAYTON
           Lawyers for State Farm


      By: s/James K. Wilkens
         500 L Street, Suite 200
         Anchorage, AK  99501
         Phone: (907) 276-2999
         Fax: (907) 276-2956
         E-mail:  jkw@bwclawyers.com
         ABA No.: 8408071


**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\VOLUNTARY DISMISSAL.NOTICE.DOC

STATE FARM'S NOTICE OF VOLUNTARY DISMISSAL
OF STATE OF ALASKA AS NAMED DEFENDANT   *State Farm v. Bateman/SOA*
Page 2 of 2   3:06-CV-00152-TMB