James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm


                IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA

                          AT ANCHORAGE


STATE FARM FIRE AND CASUALTY   )
COMPANY,                       )
                               )
        Plaintiff,             )   Case No. 3:06-CV-00152-TMB
                               )
    vs.                        )
                               )
MICHAEL BATEMAN, as personal   )   **[PROPOSED] ORDER REGARDING**
representative of the Estate   )   **STATE OF ALASKA'S MOTION TO**
of Mildred McGalliard; and     )   **SUBSTITUTE STATE OF ALASKA**
STATE OF ALASKA,               )   **FOR MICHAEL BATEMAN**
                               )
        Defendants.            )
_____)


     This Court, having considered the State of Alaska's Motion to

Substitute State of Alaska for Michael Bateman, as the personal

representative of the Estate of Mildred McGalliard, under Federal

Rule 25(c), and all opposition thereto, and being fully advised in

the premises,

     IT IS HEREBY ORDERED that:

     1.   The State of Alaska's motion is granted, to the extent

the State of Alaska is voluntarily joined as a purported assignee

to the private contractual rights of the McGalliard Estate which

form the subject matter of this federal declaratory judgment

action.

2.    The State of Alaska's motion is denied, to the extent it

seeks to dismiss the McGalliard Estate.    The McGalliard Estate

shall remain a party to this federal declaratory judgment action.

DATED at Anchorage, Alaska, this _____ day of _____,

2006.


_____
Timothy M. Burgess
U.S. DISTRICT COURT JUDGE


**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day
of October, 2006, a copy of the foregoing
document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens


N:\JAW\957-271\PLDNGS\SUBSTITUTE.PARTIAL OPP.ORDER.DOC