James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA, <br><br> Defendants. | Case No. 3:06-cv-00152-TMB <br><br> **STATE FARM'S REQUEST FOR ORAL ARGUMENT ON STATE OF ALASKA'S MOTION TO DISMISS** |

Pursuant to Local Rule 7.2, Plaintiff State Farm Fire and Casualty Company, through undersigned counsel, requests oral argument on Defendant State of Alaska's Motion to Dismiss. Undersigned counsel certifies he has attempted to resolve the matter with opposing counsel, and in his opinion, oral argument is necessary.

DATED at Anchorage, Alaska, this 20th day of October, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm


By:  s/James K. Wilkens
     500 L Street, Suite 200
     Anchorage, AK  99501
     Phone:   (907) 276-2999
     Fax:     (907) 276-2956
     E-mail:  jkw@bwclawyers.com
     ABA No.: 8408071


**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens


N:\JAW\957-271\PLDNGS\DISMISS.ORAL ARGUMENT REQUEST.DOC