James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, ) ) ) Plaintiff, ) ) vs. ) ) MICHAEL BATEMAN, as personal ) representative of the Estate ) of Mildred McGalliard; and ) STATE OF ALASKA, ) ) Defendants. ) _____) | Case No. 3:06-cv-00152-TMB  **[PROPOSED] ORDER GRANTING STATE FARM'S REQUEST FOR ORAL ARGUMENT ON STATE OF ALASKA'S MOTION TO DISMISS** |

The Court, having received State Farm's Request for Oral Argument on State of Alaska's Motion to Dismiss, and being fully advised in the premises;

IT IS HEREBY ORDERED that said request is granted, and oral argument thereon is set before the undersigned on the _____ day of _____, 2006, at the hour of _____ __.m. in Courtroom _____.

DATED at Anchorage, Alaska, this _____ day of _____, 2006.

                                                            _____
                                                            Timothy M. Burgess
                                                            U.S. DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
Assistant Attorney General
Environmental Section
1031 W. 4th Ave., Suite 200
Anchorage, AK  99501

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\DISMISS.ORAL ARGUMENT REQUEST.ORDER.DOC