**APPENDIX 1**

Steven Soha
Soha & Lang
701 5th Avenue, Suite 2400
Seattle, WA 98122
Tel: (206) 624-1800
Fax: (206) 624-3585
soha@sohalang.com

Attorneys for Intervenors Insurance Company of North America and ACE Indemnity Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>Defendants. | No. 3:06-cv-00152-TMB<br><br>**ANSWER OF DEFENDANT-INTERVENORS INSURANCE COMPANY OF NORTH AMERICA AND ACE INDEMNITY INSURANCE COMPANY**<br><br>**[PROPOSED]** |

COMES NOW Defendant-Intervenors Insurance Company of North America and ACE Indemnity Insurance Company (collectively "Intervenors"), by and through their attorneys of record, and state and answer as follows:

**PARTIES**

1. Responding to the allegations in paragraph 1 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

2. Responding to the allegations in paragraph 2 of the complaint, Intervenors are

**ANSWER OF DEF.-INTERVENORS - 1**
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/Fax (206) 624-3585

without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

3. Responding to the allegations in paragraph 3 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

## JURISDICTION AND VENUE

4. Responding to the allegations in paragraph 4 of the complaint, Intervenors admit same.

## GENERAL ALLEGATIONS

5. Responding to the allegations in paragraph 5 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

6. Responding to the allegations in paragraph 6 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

7. Responding to the allegations in paragraph 7 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

8. Responding to the allegations in paragraph 8 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

9. Responding to the allegations in paragraph 9 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated

ANSWER OF DEF.-INTERVENORS - 2
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585

1  therein and on that basis denies same.

2  10. Responding to the allegations in paragraph 10 of the complaint, Intervenors are without knowledge or information regarding the truth or the falsity of the allegations stated therein and on that basis denies same.

**PLAINTIFF'S PRAYER FOR RELIEF**

11. Responding to the prayer for relief in the complaint, Intervenors deny same and respond that all requested relief should be denied.

**COUNTERCLAIM**

For their counterclaim, Intervenors state and allege as follows:

1. Intervenors incorporate by reference and reallege their responses and allegations set forth in their answer and affirmative defenses stated above.

2. Insurance Company of North America is a Pennsylvania corporation with its principal place of business in Philadelphia, PA that has transacted the business of insurance in the state of Alaska at all relevant times.

3. ACE Indemnity Insurance Company ("ACE") is a Pennsylvania corporation with its principal place of business in Philadelphia, PA that has transacted the business of insurance in the state of Alaska at all relevant times. ACE is the current name for Alaska Pacific Assurance Company, f/k/a CIGNA Indemnity Insurance Company.

4. Upon information and belief, State Farm Fire and Casualty Company ("State Farm") is an Illinois Corporation that has transacted the business of insurance in the state of Alaska at all relevant times.

5. This Court has jurisdiction in accordance with 28 U.S.C. §1332 based on diversity of citizenship.

ANSWER OF DEF.-INTERVENORS - 3
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/Fax (206) 624-3585

6. The State of Alaska ("State") has filed suit against Michael Bateman as the executor of the estate of Mildred McGalliard ("Estate") in the underlying action of *State of Alaska Dept. of Environmental Conservation v. Bateman, et al.*, Anchorage Superior Court No. 3 AN-06-06485CI ("Underlying Action"). In the Underlying Action, the State is asserting claims against the Estate for costs it has incurred in cleaning up contamination at property owned by the Estate.

7. The State has alleged that insurance policies issued by Intervenors and by State Farm cover the remediation costs that it is seeking as damages against the Estate in the Underlying Action.

8. An actual justiciable controversy exists between Intervenors and State Farm regarding their respective rights and obligations, if any, to the Estate under the insurance policies they have issued.

9. Intervenors are entitled to a judicial determination concerning the existence, nature and scope of the respective rights and obligations, if any, of Intervenors and State Farm to the Estate under the insurance policies they have issued.

10. To the extent Intervenors have paid defense and indemnity costs, or will pay such costs, on behalf of the Estate, Intervenors are entitled to contribution, indemnity and/or subrogation from State Farm whether based on equity, subrogation, or contractual grounds, in the amount representing State Farm's equitable, proportionate share of any such obligation.

## CROSS-CLAIM

For their cross-claims, Intervenors state and allege as follows:

1. Intervenors incorporate by reference and reallege their responses and allegations set forth in their answer and affirmative defenses stated above.

ANSWER OF DEF.-INTERVENORS - 4
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585

2. Upon information and belief, Michael Bateman is the personal representative of the Estate of Mildred McGalliard. Upon information and belief, Ms. McGalliard was at all relevant times a resident and citizen of the state of Alaska.

4. This Court has jurisdiction in accordance with 28 U.S.C. §1332 based on diversity of citizenship.

5. An actual justiciable controversy exists regarding Intervenors' obligations, if any, to the Estate under the insurance policies they have issued with respect to the claims the State is asserting against the Estate in the Underlying Action.

6. Intervenors are entitled to a judicial determination concerning the existence, nature and scope their rights and obligations, if any, to the Estate under the insurance policies they have issued.

**RESERVATION OF RIGHTS TO AMEND**

Intervenors reserve the right to amend its answer, in whole or in part, by adding affirmative defenses, counterclaims, cross-claims or third-party actions as additional facts are obtained through investigation and discovery.

**INTERVENORS' PRAYER FOR RELIEF**

Having fully answered the complaint and stated their counterclaims and cross-claims, Intervenors pray as follows:

(i) That State Farm takes nothing from Intervenors by reason of the complaint;

(ii) That all claims against Intervenors be dismissed with prejudice;

(iii) That declaratory judgment be rendered in favor of Intervenors as against State Farm and the Estate;

ANSWER OF DEF.-INTERVENORS - 5
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/Fax (206) 624-3585

(iv) To the extent that coverage is found to exist under insurance policies issued by Intervenors, such coverage should be apportioned between Intervenors and State Farm in a fair and equitable manner;

(v) To the extent Intervenors have paid defense and indemnity costs, or will pay such costs, on behalf of the Estate, that Intervenors be awarded contribution in the amount representing State Farm's proportionate share;

(vi) That Intervenors be awarded costs of suit incurred in this action;

(vii) That Intervenors be awarded attorney's fees incurred in this action; and

(viii) For such other relief as the Court deems proper.

Dated this 27th day of October, 2006.

SOHA & LANG, P.S.
Attorneys for Defendant-Intervenors Insurance Company of North America and ACE Indemnity Insurance Company

By: /s/ Steven Soha
701 Fifth Avenue, Suite 2400
Seattle, WA 98104
Telephone: 206-624-1800
Facsimile: 206-624-3585
Email: soha@sohalang.com
ABA No.: 10059

ANSWER OF DEF.-INTERVENORS - 6
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\proposed answer.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585