Steven Soha
Soha & Lang
701 5th Avenue, Suite 2400
Seattle, WA 98122
Tel: (206) 624-1800
Fax: (206) 624-3585
soha@sohalang.com

Attorneys for Intervenors Insurance Company of North America and ACE Indemnity Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>Defendants. | No. 3:06-cv-00152-TMB<br><br>**ORDER GRANTING MOTION TO INTERVENE**<br><br>**[PROPOSED]** |

This matter having come before the Court on Insurance Company of North America's and ACE Indemnity Insurance Company's Motion to Intervene, the Court having considered argument of counsel and the file and records contained herein, including:

    1.    Motion to Intervene;

    2.    Declaration of Steven Soha in Support of Motion to Intervene (and attachments thereto);

    3.    _____;

    4.    _____; and

ORDER GRANTING MOT. TO INTERVENE - 1
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\interven order.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585

1  5.  _____.

2  The Court, being fully advised, herewith

3  ORDERS that Insurance Company of North America's and ACE Indemnity Insurance

4  Company's Motion to Intervene is GRANTED.

5  Dated this _____ day of _____, 2006.

6

7                                                         _____
                                                          Honorable Judge Burgess
8

9

10

11  *Presented By:*

12  SOHA & LANG, P.S.
    Attorneys for Intervenors Insurance Company of North
13  America and ACE Indemnity Insurance Company

14
    By:    /s/ Steven Soha
15         701 Fifth Avenue, Suite 2400
           Seattle, WA 98104
16         Telephone: 206-624-1800
           Facsimile: 206-624-3585
17         Email: soha@sohalang.com
           ABA No.: 10059
18

19

20

21

22

23

**ORDER GRANTING MOT. TO INTERVENE - 2**
**No. 3:06-cv-00152-TMB**
G:\M&M Enterprises\Pleadings\interven order.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/Fax (206) 624-3585