Steven Soha
Soha & Lang
701 5th Avenue, Suite 2400
Seattle, WA 98122
Tel: (206) 624-1800
Fax: (206) 624-3585
soha@sohalang.com

Attorneys for Intervenors Insurance Company of North America and ACE Indemnity Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA
AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>Defendants. | No. 3:06-cv-00152-TMB<br><br>**CORPORATE DISCLOSURE OF INTERVENORS** |

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure, Intervenors Insurance Company of North America and ACE Indemnity Insurance Company state that they are indirect subsidiaries of ACE Limited, a company that is publicly traded on the New York Stock exchange.

**CORPORATE DISCLOSURE OF INTERVENORS - 1**
No. 3:06-cv-00152-TMB
G:\M&M Enterprises\Pleadings\corporate disclosure.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585

1   Dated this 27th day of October, 2006.

2                                       SOHA & LANG, P.S.
                                        Attorneys for Intervenors Insurance Company of
3                                       North America and ACE Indemnity Insurance
                                        Company
4
                                        By: */s/ Steven Soha*
5                                           701 Fifth Avenue, Suite 2400
                                            Seattle, WA 98104
6                                           Telephone: 206-624-1800
                                            Facsimile: 206-624-3585
7                                           Email: soha@sohalang.com
                                            ABA No.: 10059
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**CORPORATE DISCLOSURE OF INTERVENORS - 2**
**No. 3:06-cv-00152-TMB**
G:\M&M Enterprises\Pleadings\corporate disclosure.doc

SOHA & LANG, P.S.
ATTORNEYS AT LAW
701 FIFTH AVENUE, STE 2400
SEATTLE, WASHINGTON 98104
(206) 624-1800/FAX (206) 624-3585