James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK  99501
(907) 276-2999
(907) 276-2956 (fax)
jkw@bwclawyers.com

Lawyers for State Farm

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>　　　　Defendants. | Case No. 3:06-CV-00152-TMB<br><br>**STATE FARM'S NON-OPPOSITION TO MOTION TO INTERVENE** |

State Farm Fire and Casualty Company, through undersigned counsel, hereby files its non-opposition to the Motion to Intervene filed by Insurance Company of North America and ACE Indemnity Insurance Company (f/k/a CIGNA Indemnify Insurance Company, f/k/a Alaska Pacific Assurance Company).

DATED at Anchorage, Alaska, this 30th day of October, 2006.

BLISS, WILKENS & CLAYTON
Lawyers for State Farm

By: s/James K. Wilkens
500 L Street, Suite 200
Anchorage, AK  99501
Phone:  (907) 276-2999
Fax:    (907) 276-2956
E-mail: jkw@bwclawyers.com
ABA No.: 8408071

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2006, a copy of the foregoing document was served electronically on:

Breck C. Tostevin
State of Alaska

Steven Soha
Soha & Lang

and via U.S. mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK  99517

s/James K. Wilkens

N:\JAW\957-271\PLDNGS\INTERVENE.NON-OPP.DOC