Breck C. Tostevin
Senior Assistant Attorney General
Department of Law
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 (fax)
breck_tostevin@law.state.ak.us

Attorneys for the State of Alaska

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

AT ANCHORAGE

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL BATEMAN, as personal representative of the Estate of Mildred McGalliard; and STATE OF ALASKA,<br><br>　　　　　Defendants. | Case No. 3:06-cv-00152-TMB<br><br>**CONDITIONAL NON-OPPOSITION TO MOTION TO INTERVENE** |

　　　　The State of Alaska files this Conditional Non-Opposition to the Insurance Company of North American and ACE Indemnity Insurance Company, f/k/a CIGNA Indemnity Insurance Company, f/k/a Alaska Pacific Assurance Company, (collectively "Intervenors") motion to intervene in this matter as defendants.

The State of Alaska has moved to dismiss Plaintiff State Farm Fire and Casualty Company (State Farm's) Complaint against Michael Bateman and the State of Alaska based on 11th Amendment sovereign immunity and abstention principles. Docket 31. If the State's Motion to Dismiss is granted, the motion to intervene should be denied since the Intervenors seek to litigate the same insurance coverage issues and rights raised by State Farm in its complaint against the McGalliard Estate and the State of Alaska. The State has previously amended its State Court Action to include Intervenors as defendants. See Appendix B to Docket 33. Intervenors can litigate their state law insurance issues in that forum against State Farm, the McGalliard Estate and the State of Alaska. Accordingly, if the State's Motion to Dismiss is granted, the motion to intervene should be denied on the same grounds.

In the event the State's Motion to Dismiss is denied, then the State has no objection to Intervenors' motion to intervene in this action as defendants.

DATED at Anchorage, Alaska this 1st day of November, 2006.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By:   s/Breck C. Tostevin
Breck C. Tostevin
Senior Assistant Attorney General
1031 West 4th Avenue, Suite 200
Anchorage, AK  99501
(907) 269-5274
(907) 278-7022 fax
ABA No. 8906037

Certificate of Service
I hereby certify that on this 1st day
of November, 2006, a copy of the foregoing
document was served via electronically on:

James K. Wilkens
Bliss, Wilkens & Clayton
500 L Street, Suite 200
Anchorage, AK   99501

Steven Soha
Soha & Lang
701 5th Avenue, Suite 2400
Seattle, WA 98122

and served by U.S. Mail on:

Michael Bateman
3004 Barbara Drive
Anchorage, AK   99517


s/Breck C. Tostevin