MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

STATE FARM FIRE AND CASUALTY CO. vs. MICHAEL BATEMAN, et al.

BEFORE THE HONORABLE TIMOTHY M. BURGESS

CASE NO 3:06-cv-00152-TMB

DEPUTY CLERK/RECORDER:   Patty Demeter

APPEARANCES:   PLAINTIFF: James K. Wilkens

DEFENDANT: Breck C. Tostevin, Steven Soha*

TELEPHONIC APPEARANCE*

PROCEEDINGS: MOTION HEARING; ORAL ARGUMENT ON MOTION FOR DEFAULT JUDGMENT (DKT 21), MOTION TO SUBSTITUTE PARTY (DKT 29) & MOTION TO DISMISS (DKT 31) (HELD 11/14/06)
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

At 10:03 a.m. court convened.

Court and counsel heard regarding pending motions.

Motion for Default Judgment (Dkt 21), Motion to Substitute Party (Dkt 29), Motion to Dismiss (Dkt 31) and Motion to Intervene (Dkt 43) taken under advisement.  Court shall issue a written ruling.

At 10:39 a.m. court adjourned.

DATE: 11/14/06            DEPUTY CLERK'S INITIALS: pld