**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
NINILCHIK TRADITIONAL COUNCIL,)
et al.,                       )
                              )
         Plaintiff(s),        )
                              )
                              )   Case No. 3:06-cv-00213-HRH
v.                            )
                              )
MICHAEL R. FLEAGLE, et al.,   )
                              )
         Defendant(s).        )
_____)
```

**NOTICE OF AND ORDER FOR
<u>SCHEDULING AND PLANNING CONFERENCE</u>
(Administrative Appeal)**

      In furtherance of the purposes of Rule 16, Federal Rules of Civil Procedure, and Rule 16.1 of the Local Rules of this court,

      IT IS ORDERED:

      That <u>on or before twenty-one (21) days from the date of this order</u>:

      The parties shall confer with one another as to the following matters:

      (1)  for the purpose of agreeing upon a briefing schedule for this administrative appeal.

      (2)  the status of the administrative record, regarding its availability, completeness, and arrangements for filing the same with the clerk of court.  If not

Order/scheduling & planning conference (administrative appeal)
[~8703036.wpd]{Rev.10/02}

     already accomplished, counsel shall make arrangements for appropriate pagination or other identification of the record in order that it may readily be referred to by the parties in their briefs.  Briefs which do not adequately reference the administrative record will be rejected.

(3) the necessity of oral argument.  Unless the parties report that oral argument is waived, the court will assume that the matter should be set on for oral argument in due course.

(4) such matters as are appropriate to this case and report the same to the court.

<u>On or before twenty-eight (28) days from the date of this order:</u>

The parties shall file a <u>joint</u> report advising the court of the results of their conference.

DATED at Anchorage, Alaska, this <u>14th</u> day of <u>November</u>, 2006.

           <u>/s/ H. Russel Holland</u>
           H. RUSSEL HOLLAND
           United States District Judge