IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY,<br><br>     Plaintiff,<br> vs.<br><br>MICHAEL BATEMAN, et al.<br><br>     Defendant. | Case No. 3:06-cv-00152-TMB<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_ **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_ **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

  **IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the action be dismissed.

APPROVED:

/s/ **TIMOTHY M. BURGESS**
 United States District Judge

| | |
|---|---|
| December 7, 2006 | IDA J. ROMACK |
| Date | Clerk |